**MR**

**RECEIVED** MAN
2/10/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**25-CV-01431**

**Judge April M. Perry**
**Magistrate Judge Daniel P. McLaughlin**
**Random/Cat 3**
**PC 4**

UNITED STATES COURTHOUSE

| | |
|---|---|
| 7  Allah©, SPC, 5% Nation of Islam, | No. |
| 8      Claimant/Plaintiff, | |
| 9 | Either Accept Personal Check Or Waive |
| 10     vs | The Filing Fee, HJR 192 of June 5, 1933, |
| 11 | Banned Gold and Abrogated The Gold Clause |
| 12  Tim Lang, dibia. Sec. of DOC, | In The United States Constitution Article I, § 10, |
| 13  Dean Mason, dibia. Sup. of WCC, | No State Shall Make Anything But Gold Or Silver |
| 14  Jane Wood, etal, dibia. WCC Records, | Coin A Tender In Payment Of Debt. |
| 15      Defendant(s)/Respondent(s), | |
| 16 | |

17  Comes Now Allah© moves this U.S. Courthouse, with a Blank personal check,

18  which Allah© a Secured Party/Creditor, can File to pay the Filing Fee, or this

19  U.S. Courthouse can waive the Filing Fee and serve the Parties with the

20  Summons and complaint.

21

22                              Presented By: _Allah© SPC, 5% N.O.I._
                                              Auth. Rep.
23                                            Attorney-In-Fact

24  Dated this 21st day of January, 2025.


Filing Fee                                    Secured Party/Creditor

                          Page 1                USA Paralegal Services LLL

                                              Record Owner/Debtor Owner

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT SUBMITTER (optional) | |
| B. E-MAIL CONTACT AT SUBMITTER (optional) | |
| C. SEND ACKNOWLEDGMENT TO:   (Name and Address) | |

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION    THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13. |
|---|---|
| 2008-282-3707-1 | |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party(ies) authorizing this Termination Statement

3. ☐ **ASSIGNMENT:** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9; check ASSIGN Collateral box in item 8 and describe the affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. **PARTY INFORMATION CHANGE:**

Check one of these two boxes:    AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record    ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:**  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| ALLAH © | | | |

7. **CHANGED OR ADDED INFORMATION:**  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

8. **COLLATERAL CHANGE:**  Check only one box:    ☐ ADD collateral    ☑ DELETE collateral    ☐ RESTATE covered collateral    ☐ ASSIGN* collateral

Indicate collateral:    *Check ASSIGN COLLATERAL only if the assignee's power to amend the record is limited to certain collateral and describe the collateral in Section 8

This statement is a partial release of collateral or product of collateral described in the Original Financing Statement No. 2008-282-3707-1 in which debtor holds all interest. The amount $_____ is released to

_____.

PAY TO THE ORDER OF:_____ $_____Dollars
The sum of: _____

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:**  Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Allah © | | | |

10. OPTIONAL FILER REFERENCE DATA:

1

2

3

4          UNITED STATES COURTHOUSE

5          _____

6

7                              SUMMONS IN A CIVIL CASE

8                              CASE NUMBER: _____

9

10   TO: Tim Lang, Sec. of DOC

11       7345 Linderson Way SW,

12       Tumwater, WA 98501

13

14   YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF Allah© at 2321 Dayton Airport

15   Road, Shelton, WA 98584 ~ IMU C-206.

16

17   An answer to the complaint which is herewith served upon you, within (7) days after service of

18   this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default

19   will be taken against you for relief demanded in the complaint.  You must also file your answer

20   to the clerk of this court within a reasonable period of time after service.

21

22   _____        _____
     Clerk                                   Date

23   _____
     (By) Deputy Clerk

24

SUMMONS IN A CIVIL CASE                      Secured Party/Creditor

                    Page 1                   USA Paralegal Services LLC

                                             Record Owner/Debtor Owner

1

2

3

4                    UNITED STATES COURTHOUSE

5

6

7                              SUMMONS IN A CIVIL CASE

8                              CASE NUMBER: _____

9

10   TO:  Dean Mason

11        2321 Dayton Airport Road

12        Shelton, WA 98584

13

14   YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF Allah© at 2321 Dayton Airport

15   Road, Shelton, WA 98584 - IMU C-225.

16

17   An answer to the complaint which is herewith served upon you, within (7) days after service of

18   this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default

19   will be taken against you for relief demanded in the complaint.  You must also file your answer

20   to the clerk of this court within a reasonable period of time after service.

21

22   _____        _____
     Clerk                            Date
23
     (By) Deputy Clerk
24

SUMMONS IN A CIVIL CASE                        Secured Party/Creditor

                          Page 1            USA Paralegal Services LLC

                                           Record Owner/Debtor Owner

1

2

3

4            UNITED STATES COURTHOUSE

5

6

7                                    SUMMONS IN A CIVIL CASE

8                                    CASE NUMBER: _____

9

10   TO: Jane Wood, etal Records

11        2321 Dayton Airport Road

12        Shelton, WA 98584

13

14   YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF Allah© at 2321 Dayton Airport

15   Road, Shelton, WA 98584 - IMU C-208.

16

17   An answer to the complaint which is herewith served upon you, within (7) days after service of this

18   summons upon you, exclusive of the day of service.  If you Fail to do so, judgment by default

19   will be taken against you For relief demanded in the complaint.  You must also File your answer

20   to the clerk of this court within a reasonable period of time after service.

21

22   _____          _____
     Clerk                             Date
23   _____
     (By) Deputy Clerk
24


Summons In A Civil Case                        Secured Party/Creditor
                          Page 1              USA Paralegal Services LL
                                             Record Owner/Debtor Owner

1
2
3
4                    UNITED STATES COURTHOUSE

5                    _____
6
7  Allah©, SP/C, 5% Nation of Islam,    ) No,
8         Claimant/Plaintiff,           )
9                                       ) PRISONER CIVIL RIGHTS COMPLAINT
10    VS                                ) UNITED STATES CONSTITUTION ARTICLE IV
11                                      ) §1. Full Faith And Credit, In All Public Acts,
12  Tim Lang, d.b.a. Sec. of DOC,       ) Records, Judicial Proceedings, In Every Other State,
13  Dean Mason, d.b.a. Sup. of WCC,     )
14  Jane Wood, et al., d.b.a. WCC Records,)
15        Defendant(s)/Respondent(s).   )
16
17                      Complaint
18                Introductory Statement
19
20  1, This is an action For damages sustained by a Private Citizen of the United
21  States against the Washington State Department of Corrections Employee's,
22  who Kidnapped, Falsely Imprisoned, Assaulted, used Identity Theft, and harassed
23  Allah©, against the Secretary of DOC Tim Lang,, as the supervisory officer responsible
24  For the conduct of the defendants and For his Failure to take corrective

Complaint                                    Secured Party / Creditor
                        Page 1                USA Paralegal Services M
                                             Record Owner/Debtor Owner

1 action with respect to WCC Records personnel whose vicious propensities were
2 notorious, to assure proper training and supervision of the WCC Records personnel,
3 or to implement meaningful procedures to discourage lawless official conduct,
4 and against the Washington State Department of Corrections Corporation as the employer
5 of the Department of Corrections personnel, which is sued as a person under 42 U.S.C.
6 §1983.
7
8 2. This action is brought pursuant to 42 U.S.C. §§§§ 1983, 1988, 1981, 1985,
9 and the First, Fourth, Fifth, Sixth, Eighth, Thirteenth, and Fourteenth, Amendments
10 to the Constitution of the United States.
11
12 3. The jurisdiction of this Court is predicated on 28 U.S.C. §§ 1343 (1)(2)(3)(4),
13 and 1331.
14
15                    I. PLAINTIFF INFORMATION
16 Name: Allah⊖ -          Former Names: Divine A.B.S. Allah / COSTON, EDWIN RANDALL
17 Prisoner ID#: 950376, For COSTON, EDWIN RANDALL.
18 Place of Detention: Washington Corrections Center, 2321 Dayton Airport Road,
19 Shelton, WA 98584.
20 Status: ☒ Kidnapped, Falsely Imprisoned
21
22                    II. DEFENDANT INFORMATION
23 Defendant 1:
24 Name (Last, First), Lang, Tim

Complaint                              Secured Party/Creditor
                    Page 2             USA Paralegal Services UL
                                       Record Owner/Debtor Owner

1  Current Job Title: Secretary of Department of Corrections

2  Current Work Address: 7345 Linderson Way SW, Tumwater, WA 98501

3

4  Defendant 2,

5  Name (Last, First): Mason, Dean

6  Current Job Title: Superintendent of Washington Corrections Center

7  Current Work Address: 2321 Dayton Airport Road, Shelton, WA 98584

8

9  Defendant 3,

10  Name (Last, First): Wood, Jane, etal.,

11  Current Job Title: B-Building Records WCC

12  Current Work Address: 2321 Dayton Airport Road, Shelton, WA 98584

13

14            III. STATEMENT OF CLAIMS

15

16  Count I. Conspiracy 42 U.S.C. §1985(3),

17  1.1: DOC's OMNI: Legal Face Sheet Page 16, shows the date 3-23-1990, Admission

18  To Prison, but there is no cause number showing that it is a conviction.

19  1.2: Debtor COSTON, EDWIN RANDALL, was illegally held in DOC, at McNeil

20  Island Corrections Center For 20 Months in King County Case No. 89-1-00204-0

21  SEA, which had no Probable Cause, violation of U.S. Const. Amend. IV, the

22  Probable Cause statement is done by the King County Deputy Prosecutor

23  Daniel T. Satterberg, there was no sentencing done in the Case, the

24  Judgment is a Forgery, the signature is forged, there are smudges For

Complaint                                    Secured Party/Creditor

                    Page 3                    USA Paralegal Services LLl

                                              Record Owner/Debtor Owner

1  Fingerprints which do not match the Fingerprints taken by WCC Records in the R-Units,

2  on 3-23-1990, which WCC Records Knew and in violation of U.S. Const. Amend XIII,

3  made a Department Identification Card, DOC Policy 400.025, For debtor COSTON,

4  EDWIN RANDALL, which WCC Records Knew was not a conviction which is not only

5  proved by the Record but shows on the First Page of the OMNI: Legal Face Sheet : County

6  of First Felony Conviction - Thurston 1993.

7  1.3 ; DOC's OMNI: Legal Face Sheet Page 15, shows the date, 05-11-2000, "Release From Prison"

8  "Out To Bond". The Appeal Bond which was signed in King County Case No. 99-1-06987-7SEA,

9  by the then King County Judge, Charles W. Mertel, does not show a cause number in DOC's

10 OMNI: Legal Face Sheet Page 15, as a conviction, the Judgment could not be Filed, it had

11 the name Divine Allah AKA, handwritten on it and was illegally Filed by the King County

12 Superior Court Clerk, in violation of Oath and Bond, For the King County Prosecutor who in

13 violation of Oath, Bond and Title of Office, prosecuted a case that lacked all Jurisdiction,

14 denying Allah a 'Full and Fair Hearing', conspiring with the Department of Corrections,

15 and using the 'illegal DOC No. 950376, For debtor COSTON, EDWIN RANDALL, to Falsely/illegally

16 hold Allah in DOC, using 'invalid Case(s) with Void Judgments.

17 1.4 ; The Appendix B To Plea Agreement Prosecutor's Understanding Of Defendant's

18 Criminal History (Sentencing Reform Act)  DEFENDANT: EDWIN RANDAL COSTON

19 FBI No: 349411KA2  State ID No. WA14400238  DOC No: 950376, shows on

20 Page 2, Case No. 99-1-06987-7SEA, names debtor COSTON, EDWIN RANDALL, and the

21 Judgment is 'illegally Filed' in violation of U.S. Const. Amend. Five, 'Due Process',

22 this criminal history was compiled on April 9, 2024.

23

24 Count II.  U.S. Constitution Article IV, §1, Full Faith and Credit... 42 U.S.C. §1981

Complaint

Page 4

Secured Party / Creditor

USA Paralegal Services UL

Record Owner / Debtor Owner

2.1: On August 31, 2001, a Search Warrant was issued in King County Case No. 01-1-10807-3SEA,
by Superior Court Judge Richard D. Eadie, For ALLAH and NAVY, without an affidavit of Probable
Cause, in violation of U.S. Const. Amend. IV. Search Warrants.

2.2: On September 1, 2001, the City of Seattle Police, West Precinct broke into Allah's® Apartment
at 1820 Balfour Apt. # 517, where Allah® was with two(2) women, (1) Samantha Ramsay, the mother
of Allah's® son Takim D. Allah®, and (2) Myrtle Brognan, a Friend.   Samantha is white, Myrtle is Native,
a Police officer by the name of Samuel DeJesus, who is also involved in a Dependency Case initiated
by A.A.G. Diane h. Dorsey, while Allah® was handcuffed along with Myrtle Brognan, pulled Allah's®
hair to Force Allah® to take a picture outside of Apt. # 517, against the wall, where Allah®
looked at Samuel DeJesus's Badge and recognized his name from a report that Samuel DeJesus
wrote, dealing with my then 7 year old son Divine A.B.S. Allah®, when Allah® mentioned his
name Samuel DeJesus, released Allah's® hair and left. Allah® was taken to King Co. Jail and
held without Booking Fingerprints or photo under the debtor name COSTON, EDWIN BANDAR,
Case No. 01-1-10807-3 SEA, was dismissed for no probable cause by King Co. District
Judge Illene Kato, the Probable Cause statement signed and Filed by the City of Seattle
West Precinct on September 1, 2001, named Edwin R. Coston, as the subject of the
Search Warrant, which violates the name change Judgment which's upheld by
U.S. Const. Art. IV, § 1. Full Faith and Credit, and U.S. Const. Art. VI. Oath of Judges.

2.3: On September 22, 2001, a Search Warrant was issued in King Co. Case No. 01-1-09176-6 SEA,
by King Co. District Court Barbara L. Linde, For ALLAH and VIRGINIA, without an affidavit
of Probable Cause, in violation of U.S. Const. Amend. IV, Search Warrants, & Probable Cause.

2.4: On September 25, 2001, City of Seattle Police, West Precinct broke into Allah's®
Apartment at 1820 Minor Avenue, No. 517, and abducted Allah® and Allah's Teacher
Thomas Callendret, who was instructing Allah® on repairing a Transmission on a

| Complaint | Secured Party/Creditor |
|---|---|
| Page 5 | USA Paralegal Services LLC |
| | Record Owner/Debtor Owner |

1  1985 Eldorado, Allah was Thomas Callendret's student/assistant.

2  2:5; Allah was taken to the West Precinct, where the City of Seattle Police, again tryed to take Allah's

3  picture with the debtor name COSTON, EDWIN RANDALL, which Allah refused, Allah was then taken

4  to the King Co. Jail, and held under the debtor name COSTON, EDWIN RANDALL, without Booking photo

5  or Fingerprints, in violation of U.S. Const. Amend. IV, Search Warrants, Title 18 U.S.C. Kidnapping,

6  False Imprisonment, U.S. Const. Eighth Amend, Cruel and Unusual punishment, IX, Probable Cause

7  2:6; The Probable Cause Hearing was held by King Co. District Court Barbara L. hinde, who signed

8  the search warrant, denying Allah Due Process, U.S. Const. Fifth Amendment, and a Full and Fair

9  Hearing, denied Allah release from False Imprisonment, Title 18 U.S.C.

10  2.7; King Co. Superior Court Judge Palmer J. Robinson, initiated a Malicious Prosecution in

11  Conspiracy with the A.A.G. Diane L. Dorsey, and the King County Prosecutor Daniel T.

12  Satterberg, Court Clerk Paul L. Shertoy, Barbara Miner, King County Sheriff David Reichert,

13  Palmer J. Robinson, in violation of Oath and Office, acting under Color of law, operating

14  under the Jurisdiction of U.S. Const. Art. I, §8, clause 17, "Exclusive Legislation in

15  all Cases..." where the Constitution does not apply, initiated King Co. Case

16  No. 01-1-09126-6 SEA, and consolidated it with dismissed Case No. 01-1-08073 SEA

17  and wrote an Order To Force Allah FKA COSTON, EDWIN RANDAL Fingerprints, using

18  the King County Sheriff's Office, to Force Allah's Fingerprints on void Judgments

19  that named debtor COSTON, EDWIN RANDALL, as the defendant, which the King

20  County Prosecutor's Office, handwrote the name Allah AKA, on the Judgment(s) which

21  violates Superior Court Administrative Rule 3. One defendant per case. And violates U.S. Const.

22  Amend. IV, Search Warrants; V, Due Process, VI. Nature and Cause, VIII. Cruel and Unusual, XIII.

23  Slavery Prohibited, U.S. Const. Art. IV, §1. Full Faith and Credit.

24  2.8; Allah was allowed to go to the Dependency Hearing from the King Co. Jail,

1. which was initiated by A.A.G. Dianeh. Dorsey, Dependency For Tukim Q. Allah®, King Co. Case No. 01-5-
2. 00648-8, which Former Superior Court Judge Mary Yu, presided over acting in concert with A.A.G.
3. Dianeh. Dorsey, Allah® stated on the record to then Superior Court Judge Mary Yu, that Allah® is
4. being held in the debtor name COSTON, EDWIN RANDALL, by the King Co. Jail, which Former Judge
5. Mary Yu, stated, "they can't do that", but did nothing about it, Mary Yu, is now a Supreme
6. Court Justice For Washington State, as the Washington State Supreme Court has barred Allah®
7. From redressing any grievance From the King Co. Superior Court, Court of Appeals Division I, II,
8. which allowed A.A.G. Dianeh. Dorsey, to have King Co. Case No. 02-1-02047-6 SEA, initiated
9. by Superior Court Judge Anthony P. Wartnik, who acting in violation of Oath of Office, in absence
10. of all Jurisdiction, without Probable Cause, under color of law, under the Jurisdiction
11. of U.S. Const. Art. I, § 8, Clause 17, Exclusive Legislation in all cases..., wrote an Order
12. For the King County Sheriff's Office to Force Allah® Fingerprints on a Void Judgment
13. that named EDWIN RANDAL COSTON, as the defendant, the King County Prosecutor's
14. Office, added the name Allah AKA, to the void Judgment and Filed it in violation
15. of U.S. Const. Amend. One (1); Four (4), Five (5), Eight (8), Six (6), Thirteen (13), Article
16. IV. § 1, Full Faith and Credit, Racketeering, Identity theft, Assault, Slavery, Title 18
17. U.S.C.
18. 2.9; The King Co. Prosecuting Attorney's Office sent Void Judgment(s) in King
19. Co. Case No.(s) 01-1-09176-6 SEA, 01-1-10807-3 SEA, 02-1-02047-6 SEA, to
20. Washington Corrections Center Receiving Units Records on July 19, 2002, which it
21. shows in DOC, OMNI: Legal Face Sheet Page 1-2.
22.
23. Count III, Kidnapping, False Imprisonment, Racketeering, Slavery, Fraud and related
24. Activities in Identification Documents, Title 18 U.S.C., U.S. Const. Amend. Eight (8), Thirteen (13),

Complaint                                   Secured Party/Creditor
                          Page 7            USA Paralegal Services LLC
                                            Record Owner/Debtor Owner

1 3.1; On July 23, 2002, at Washington Corrections Center - Receiving Units, Mary B. Malone, and

2 Janice McMann, made the name Allah Allah, From invalid King Co. Judgment(s) in Case No. (s)

3 01-1-09176-6 SEA, 01-1-10807-3 SEA, 02-1-02047-6 SEA, that names debtor COSTON, EDWIN RANDALL,

4 which was revealed in the Appendix B To Plea Agreement For DEFENDANT: EDWIN RANDAL

5 COSTON, compiled on April 9, 2024.

6 3.2; The name Allah Allah, was made, on July 23, 2002, without a Judgment or Order, and

7 was changed by DOC Employee's on December 19, 2023, to Allah None without a Judgment or

8 Court Order.

9 3.3; Tim Lang, d.b.a. Secretary of Department of Corrections, Et.al., knew they were violating

10 Allah's [C] Name Change Judgment done in the Circuit Court of Cook County, Illinois, Jan. 31,

11 1995, No. 95 CH00922, by illegally holding Allah [C] in the DOC No. 950376, for COSTON, EDWIN

12 RANDALL, which was made from the Vacated Case No. 89-1-00204-0 SEA, which the King

13 County Prosecutor, King County Clerk, and Secretary of DOC, claim that Case No. 89-1-

14 05246-2 SEA, was the Judgment debtor COSTON, EDWIN RANDALL, did 20 Month on

15 in DOC's OMNI: legal Face Sheet Page 16, which has no case number only the date 3-23-1990,

16 Admission To Prison, which Case No. 89-1-05246-2 SEA, never had a Hearing, and was

17 dismissed, which is proved by the letter dated April 21, 2022, From the King County

18 Prosecuting Attorney, CIVIL DIVISION, Public Disclosure Officer, Kristie Johnson, where I

19 asked For the Judgment and Warrant of Commitment in King Co. Case No. 89-1-05246-2 SEA, and

20 received a reply that: "Unfortunately, there are no records responsive to your request. This

21 File has been destroyed in accordance with the state retention policy." The DOC No. 950376,

22 and debtor name COSTON, EDWIN RANDALL, has been made illegally without a claim or contract.

23

24 Count IV. False Claim, Illegal Imprisonment, Fraud, 42 U.S.C. §1981

4.1: Tim Lang, Secretary of Department of Corrections, Et al, stated in a letter dated November 21,

2005, that: "You are currently serving time on three warrants of commitment for "Allah";

King County Cause No.(s) 011091766, 011108073, and 02102046. " " Your Judgment and

Sentence, under which you are currently incarcerated lists Allah AKA, " Your three warrants

of commitment also list your name Allah AKA",   Which Tim Lang, Et al, Knew was a

lie, the King County Superior Court Clerk, never Filed a Warrant of Commitment in King County

Case, No. 89-1-00204-0 SEA, 89-1-05246-2 SEA, 99-1-06987-7 SEA, 01-1-09176-6 SEA, 01-1-20807-

3 SEA, 02-1-02047-6 SEA, and the Appendix B To Plea Agreement, states the DEFENDANT:

EDWIN RANDAL COSTON, in the King Coo Cases.

4.2: Dean Mason, Superintendent of Washington Corrections Center, is holding Allah© in

violation of U.S. Constitution Amend. Thirteen(13), without a Judgment, subjecting Allah©

to Cruel and Unusual Punishment, in IMU and limiting Allah© to one(1) hour out every

Five(5) days, very limited access to the law librarian, no access to the Electronic Law Library,

no privileges, refuses to release Allah© or Allah's© debtor COSTON, EDWIN RANDALL, with DOC

No. 950376, which is being used in violation of U.S. Const. Art. IV, §1, Full Faith and Credit.

4.3; June Wood, Et al., WCC B-Building Records, is holding Allah© with bogus Judgment

From Franklin County Case No. 12-1-50324-8, defendant Allah Allah AKA Edwin Coston, which

has no Fingerprints or Signature for a defendant on the Judgment, yet the Judgment is Filed,

it has a defective Information, which shows on the second page a DOL; CDSTDEB341B6

WA, for defendant Allah Allah AKA Edwin Coston, this is Fraud, a letter dated April 18,

2022, from the Prosecuting Attorney, Franklin County, CIVIL DIVISION, stating; " Also we do not

have a signed and fingerprinted Judgment and Sentence",  With a Letter From the Office of

the Franklin County Sheriff/Jail, stating, the Jail has no Fingerprints or photo of a defendant

Allah Allah AKA Edwin Coston.   And a CC3 Counselor Todd C. Saunders, wrote a CFP report

1.4.1; Tim Lang, Secretary of Department of Corrections, Etal, stated in a letter dated November 21,

2 2005, That; "You are currently serving time on three warrants of commitment For" Allah,

3 King County Cause No.(s) 01101766, 011080273, and 031040Ab.." "Your Judgment and

4 Sentence under which you are currently incarcerated lists ALLAH AKA,... Your three warrants

5 of commitment also list your name Allah AKA." Allah, Tim Lang, Etal, Knowingly uses a

6 lie, the King County Superior Court Clerk, never Filed a Warrant of Commitment in King County

7 Cause No. 89-1-00204-0 SEA, 89-1-05346-2 SEA, 99-1-06987-1SEA, 01-1-09176-b SEA 01-1-09807-

8 3SEA, 01-1-09047-b SEA, and the Appendix B To Plea Agreement states the DEFENDANT;

9 EDWIN RANDER COSTNI, in the King Co. Cases.

10 1.4; Dean Mason, Superintendent of Washington Corrections Center, is holding Allah[?] in

11 violation of U.S. Constitution Amend. Thirteen(13), without a Judgment, Subjecting Allah[?]

12 to Cruel and Unusual Punishment, in IMU and limiting Allah[?] to One(1) hour out every

13 Five(5) days, very limited access to the law library, no access to the Electronic Law Library

14 no privilege, refuses to release Allah[?] or Allah's[?] alias Edwin Costni, EDWIN RANDAR, with DOC

15 No. 950376, which is being used in violation of U.S. Const Art. IV, §1, Full Faith and Credit,

16 1.4.3; June Wood Etal, WCC B-Building Records, is holding Allah[?] without legal Judgment

17 from Franklin County, Case No. 18-1-50384-9, defendant Allah Allah AKA Edwin Costni, which

18 has no Fingerprints or Signature, for a defendant on the Judgment, yet the Judgment is filed,

19 it has a defective Information, which shows on the second page a DOC: COSTEA3A156

20 WA. For defendant Allah Allah AKA Edwin Costni, this is Found, a letter dated April 18

21 2023, From the Prosecuting Attorney Franklin County Civil Division, stating, "Also we do not

22 have a signed and Fingerprinted Judgment two sentence." Within a letter from the Office of

23 the Franklin County Sheriff/Jail, stating, the Jail has no Fingerprints or photo of a defendant

24 Allah Allah AKA Edwin Costni. And a CCS Corrections Track (Standard), wrote a CPR report

1 | Stating that Allah[©] is doing a 39-Month Sentence, out of King County, which WCC Records,

2 | Et al., Know is a lie, since they received the Appendix B To Plea Agreement which compiled

3 | all of the cases on April 9, 2024, there is no Case Allah[©] is being held with, DOC Employees

4 | using Force, Arms, and restraints with no Authority of any Kind.

5 |

6 | Count V. RCW 62A. UCC, Commercial Security Agreement No. A-070108-CGA, SECURITY

7 | AGREEMENT (non-negotiable), dated November 7, 2002, LEGAL NOTICE AND DEMAND, 42 U6 C§1791

8 | 5.1; Pg. 16, DOC OMNI: Legal Face Sheet, date 3-23-1990, False Imprisonment - Anyone who assists

9 | or participates in an unlawful arrest or imprisonment is equally liable for damage caused. Ref.

10 | Cook v. Hastings, 150 Mich. 289, 114 N.W. 71, 72 (1907).   Trezevant v. City of Tampa, $25,000.00

11 | For 23 minutes of False Imprisonment.

12 | 5.2; RCW 62A. 9A-102 (56) "New debtor" means a person that becomes bound as a debtor

13 | under RCW 62A. 9A-203 (d) by a security agreement previously entered into by another person. .

14 |

15 |              IV. RELIEF

16 | (1) That this U.S. Courthouse, Order the Secretary of the Department of Corrections,

17 | Tim Lang, and the Superintendent of Washington Corrections Center, Dean Mason, to

18 | Immediately Release Allah[©], with all Property, and a Certified Check For $50,000.00

19 | Dollars, Payable to Allah[©], along with Transportation wherever Allah[©] wants to go.

20 | (2) That the U.S. Courthouse, enforce Allah's[©] Security Agreement(s) against

21 | the debtor(s): (1) WASHINGTON STATE PENITENTIARY - UCC 1 Financing Statement -

22 | File No. 1085771300031 ; DEPARTMENT OF CORRECTIONS - UCC Financing Statement

23 | AMENDMENT - File No. 1090271500046 ; CHERYL STRANGE - UCC Financing Statement -

24 | File No. 2024-328-4844-5.

Complaint                              Secured Party/Creditor

                    Page 10         USA Paralegal Services LLL

                                       Record Owner/Debtor Owner

1          V. Exhibits - Documents Added Herein By Reference

2  (1) Page 3. 1.1; OMNI:Legal Face Sheet - 4 pages;    Pages 12-15

3  (2) Page 4. 1.3; Appeal Bond - Order Exonerating Bond - Judgment - 3 pages;  Pg. 16-18

4  (3) Page 4. 1.4; APPENDIX B TO PLEA Agreement - 2 pages;  Pg. 19-20

5  (4) Page 6. 2.7; Judgment No. 01-1-09176-6 SEA - 1 page;  Pg. 21

6  (5) Page 6-7. 2.8; Judgment No. 02-1-02047-6 SEA - 1 page;  Pg. 22

7  (6) Page 8. 3.1; Public Disclosure P-8558 - 1 page;  Pg. 23

8  (7) Page 8. 3.3; Judgment No. 95CH00972 - 1 page; Letter dated April 21, 2022, Public

9  Records Request, Case No. 89-1-05246-2 SEA - 2 pages;  Pg. 24-25

10  (8) Page 9. 4.1; Letter dated November 21, 2005 - 1 page;  Pg. 26

11  (9) Page 9. 4.3; Letter dated April 18, 2021, Public Disclosure Franklin Co.; Letter Dated Oct. 3,

12  2024, Franklin Co. Sheriff/Jail - 2 pages; CFP Report - 2 pages;  Pg. 27-28 / 73-74 (CFP)

13  (10) ~~Introduction~~ Count V. Page 10; Commercial Security Agreement No. A-070108-

14  CSA, 13 pages;  Pg. 29-41

15  Security Agreement (non-negotiable), dated November 7, 2002, 18 pages;  Pg. 42-59

16  Legal Notice And Demand, 5 pages;  Pg. 60-64

17  (11) IV. Relief. Page 10; (2) UCC Financing Statement, File No. 1085771300031, 4 pages; Pg. 65-68

18  UCC Financing Statement AMENDMENT, File No. 1090271500046, 4 pages;  Pg. 69-72

19

20          VI. Signature

21  Allah©, under Oath, states that this Complaint is the Truth, the whole Truth, and nothing but the

22  Truth, on the Undersigned's Unlimited Commercial Liability, True, Correct, Complete, Not Misleading.

23                                    Presented By: Allah© SP/C 5% N.C.I.
                                                              Auth. Rep.
24  Dated this 20th, day of January, 2025.                    Attorney-In-Fact


Complaint                                    Secured Party / Creditor
                        Page 11               USA Paralegal Services LLL
                                              Record Owner / Debtor Owner

OMNI: Legal Face Sheet

**Inmate: ALLAH, Allah (950376)**

| | | | | |
|---|---|---|---|---|
| Gender: Male | DOB: | Age: 48 | Category: Regular Inmate | Body Status: Active Inmate |
| RLC: HV | Wrap-Around: No | Comm. Concern: No | Custody Level: Maximum | Location: WSP-IMU — IMS / MSG03 |
| ERD: 02/01/2019 | | | | CC/CCO: Alaniz, Ricardo |

---

**Offender Information (Combined)**

| | | | |
|---|---|---|---|
| Prison Max Expiration Date: 10/23/2022 | Last Static Risk Assessment Date: | 09/10/2014 | DOSA: |
| Planned Release Date: | Last Offender Need Assessment Date: | | ISRB? No |
| Earned Release Date: 02/01/2019 | RLC Override Reason: | | CCB? No |
| ESR Sex Offender Level: | | | SOSSA? No |
| ESR Sex Offender Level Date: | Offender Release Plan: | Unknown | WEP? No |
| County Sex Offender Level: | Victim Witness Eligible? | Yes | |
| Registration Required? | County Of First Felony Conviction: | Thurston ← 1993 | |
| ORCS? No | PULHRSDXT 212112211 | | |
| DD? No | | | |
| SMIO? No | | | |

---

**Sentence Structure (Inmate)**

### Cause: AH – 011091766 – King

| State: | Convicted Name: | Date Of Sentence: | Consecutive Cause: |
|---|---|---|---|
| Washington | Allah Allah | 03/07/2002 | |
| Time Start Date: | Confinement Length: | Earned Release Date: | |
| 07/19/2002 | 13Y, 6M, 0D | 11/15/2013 | |

**Count: 1 – RCW 69.50.401 – Drugs-Manufacture,Deliver,Possess w/Intent to Deliver**

| Anticipatory: | Modifier: | Enhancement: | Mandatory: | Confinement Length: | ERT %: | ERD: | MaxEx: | Stat Max: | Violent Offense? |
|---|---|---|---|---|---|---|---|---|---|
| | | 3Y, 0M, 0D | | 13Y, 6M, 0D | 33.33% | 11/15/2013 | 06/11/2020 | 12/12/2026 | No |

| Supervision Type: | Supervision Length: | Consecutive Count: | Hold To Stat Max Expiration: |
|---|---|---|---|
| CCP | 0Y, 12M, 0D | | |

### Cause: AK – 011091766 – King

| State: | Convicted Name: | Date Of Sentence: | Consecutive Cause: |
|---|---|---|---|
| Washington | Allah Allah | 03/07/2002 | |
| Time Start Date: | Confinement Length: | Earned Release Date: | |
| 09/25/2004 | 9Y, 8M, 0D | 03/23/2013 | |

**Count: 2 – RCW 9.41.040 – Unlawful Possession of Firearm by Certain Person**

**EXHIBIT 2**

# OMNI: Legal Face Sheet

| 07/19/2002 12:20:00 | King | WCC-RC | | Admission To Prison | Initial Classification | | System, Obts |
| Facility Name | Bed Assignment | Bed ID | Assigned Counselor | Position ID | Counselor Assignment | Segregation Placement | Segregation Narrative | Created By |
| | | | (Vacant) | 70045180 | 07/19/2002 | | | System, Obts |
| 05/11/2000 02:36:00 | WCC-RC | King | | Release From Prison | Out To Bond | | System, Obts |
| Facility Name | Bed Assignment | Bed ID | Assigned Counselor | Position ID | Counselor Assignment | Segregation Placement | Segregation Narrative | Created By |
| WCC-RC | 05/02/2000 | 1D05U | (Vacant) | 70045089 | 05/02/2000 | | | System, Obts |
| 05/02/2000 11:59:00 | King | WCC-RC | | Admission To Prison | Initial Classification | | System, Obts |
| Facility Name | Bed Assignment | Bed ID | Assigned Counselor | Position ID | Counselor Assignment | Segregation Placement | Segregation Narrative | Created By |
| | | | (Vacant) | 70045089 | 05/02/2000 | | | System, Obts |
| 11/07/1991 08:00:00 | Madison Inn Work Release | King | | Release From Prison | PRS Release | | System, Obts |
| 09/20/1991 03:20:00 | King | Madison Inn Work Release | | Admission To Prison | CCI/CCP Offender | | System, Obts |
| Facility Name | Bed Assignment | Bed ID | Assigned Counselor | Position ID | Counselor Assignment | Segregation Placement | Segregation Narrative | Created By |
| | | | (Vacant) | 70050272 | 09/20/1991 | | | System, Obts |
| 04/23/1991 01:00:00 | MICC (Closed) | King | | Release From Prison | CCI Transfer | | System, Obts |
| Facility Name | Bed Assignment | Bed ID | Assigned Counselor | Position ID | Counselor Assignment | Segregation Placement | Segregation Narrative | Created By |
| | | | (Vacant) | HE47 | 05/21/1990 | | | System, Obts |
| 05/12/1990 08:15:00 | MICC-MSU (Closed) | MICC (Closed) | | Transfer Between Prisons | Disciplinary Problem | | System, Obts |
| 05/12/1990 08:00:00 | MICC-MSU (Closed) | MICC (Closed) | | Transfer Between Prisons | Disciplinary Problem | | System, Obts |
| Facility Name | Bed Assignment | Bed ID | Assigned Counselor | Position ID | Counselor Assignment | Segregation Placement | Segregation Narrative | Created By |
| | | | (Vacant) | 70051559 | 05/12/1990 | | | System, Obts |
| 05/10/1990 01:45:00 | MICC (Closed) | MICC-MSU (Closed) | | Transfer Between Prisons | Sentencing | | System, Obts |
| 05/10/1990 12:04:00 | MICC (Closed) | MICC-MSU (Closed) | | Transfer Between Prisons | Initial Classification | | System, Obts |

14

## OMNI: Legal Face Sheet



| 05/10/1990 12:30:00 | MICC (Closed) | MICC-MSU (Closed) | | Transfer Between Prisons | | Custody Change | | System, Obts |
|---|---|---|---|---|---|---|---|---|
| Facility Name | Bed Assignment | Bed ID | Assigned Counselor | Position ID | Counselor Assignment | Segregation Placement | Segregation Narrative | Created By |
| | | | (Vacant) | 70051343 | 05/10/1990 | | | System, Obts |
| 04/19/1990 09:30:00 | WCC-RC | MICC (Closed) | | Transfer Between Prisons | | Initial Classification | | System, Obts |
| 04/19/1990 06:50:00 | WCC-RC | MICC-MSU (Closed) | | Transfer Between Prisons | | Initial Classification | | System, Obts |
| Facility Name | Bed Assignment | Bed ID | Assigned Counselor | Position ID | Counselor Assignment | Segregation Placement | Segregation Narrative | Created By |
| | | | (Vacant) | HE47 | 04/19/1990 | | | System, Obts |
| | WCC-RC | 03/26/1990 | 3C03U | (Vacant) | 70045087 | 03/23/1990 | | System, Obts |
| | WCC-RC | 03/23/1990 | 3B05L | (Vacant) | 70045087 | 03/23/1990 | | System, Obts |
| 03/23/1990 11:45:00 | King | WCC-RC | | Admission To Prison | | Initial Classification | | System, Obts |
| Facility Name | Bed Assignment | Bed ID | Assigned Counselor | Position ID | Counselor Assignment | Segregation Placement | Segregation Narrative | Created By |
| | | | (Vacant) | 70045087 | 03/23/1990 | | | System, Obts |

*Theresa Olson*
*PDA*

# SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

STATE OF WASHINGTON )
                              ) No. 99-1-06987-7 SEA
                Plaintiff.    )
                              ) JUDGMENT AND SENTENCE
Divine Allah A.K.A.          )
EDWIN R COSTON                )
                              )
                Defendant.    )

*95 0376*
*5-02-00*

## I. HEARING

1.1 The defendant. the defendant's lawyer. THERESA OLSON _____, and the deputy prosecuting attorney were present at the sentencing hearing  conducted today.  Others  present were: _____

_____

1.2 The state has moved for dismissal of count(s) _____

## II. FINDINGS

Based on the testimony heard. statements by defendant and/or victims, argument of counsel, the presentence report(s) and case record to date. and there being no reason why judgment should not be pronounced, the court finds:

2.1 CURRENT OFFENSES(S): The defendant was found guilty on (date): 11-15-99 _____ by bench trial of:

Count No.: 1 _____  Crime: CUSTODIAL ASSAULT _____
RCW 9A.36.100 1-B _____        Crime Code 01051 _____
Date of Crime 08-18-99 _____     Incident No. _____

Count No.: _____  Crime: _____
RCW _____            Crime Code _____
Date of Crime _____   Incident No. _____

Count No.: _____  Crime: _____
RCW _____            Crime Code _____
Date of Crime _____   Incident No _____
☐ Additional current offenses are attached in Appendix A.

SPECIAL VERDICT/FINDING(S):

(a) ☐ A special verdict finding for being armed with a Firearm was rendered on Count(s): _____
(b) ☐ A special verdict finding for being armed with a Deadly Weapon other than a Firearm was rendered on Count(s):
(c) ☐ A special verdict finding was rendered that the defendant committed the crimes(s) with a **sexual motivation** in Count(s): _____
(d) ☐ A special verdict finding was rendered for **Violation of the Uniform Controlled Substances Act** offense taking place ☐ in a school zone ☐ in a school ☐ on a school bus ☐ in a school bus route stop zone ☐ in a public park ☐ in public transit vehicle ☐ in a public transit stop shelter in Count(s): _____
(e) ☐ **Vehicular Homicide** ☐ Violent Offense (D.W.I. and/or reckless) or ☐ Nonviolent (disregard safety of others)
(f) ☐ Current offenses encompassing the same criminal conduct and counting as one crime in determining the offender score (RCW 9.94A.400(1)(a)) are: _____

2.2 OTHER CURRENT CONVICTION(S): Other current convictions listed under different cause numbers used in calculating the offender score are (list offense and cause number): _____

18

Rev 11 95 - IREI

1

# APPENDIX B TO PLEA AGREEMENT
## PROSECUTOR'S UNDERSTANDING OF DEFENDANT'S CRIMINAL HISTORY
### (SENTENCING REFORM ACT)

DEFENDANT: EDWIN RANDAL COSTON
FBI No: 349411KA2   State ID No.: WA14400238   DOC No.: 950376

<u>This criminal history was compiled on: April 9, 2024</u>

☐ None known. Recommendations and standard range assumes no prior felony convictions.

☐ Criminal history not known and not received at this time. WASIS/NCIC last received on:

| Offense | Score | Disposition | Type* |
|---|---|---|---|
| 07-08-2013<br>harassing communication by mail to federal judge | | US District Court WA - 06-26-2014<br>41m custody | AF |
| 12-1-50324-8  10-31-2010<br>assault 2 w/dw | | Franklin Superior Court WA - 08-21-2015<br>55m, 18m cc. amended sent 02-21-2023: 43m cons. 08-21-2015 J&S: 55m 18m cc. 08-21-2015 findings of contempt: 240d +30d | AF |
| 02-1-02047-6  02-12-2002<br>intimidating a witness | | King Superior Court WA - 06-14-2002<br>95M DOC CONSEC TO 01-1-10807-3 SEA & 01-1-09176-6 SEA. 05 02 2003 MANDATE 50641-2-I/DISMISSED. 10-19-04 CERT OF FINALITY 54340-7-I /PERS RESTRAINT PET DISMISSED 06-15-2010 CERTIFICATE OF FINALITY /64795-4-I/ /DISM PERS RESTRAINT PETITION 06-09-2015 CERTIFICATE OF FINALITY /73070-3-I/PERSONAL RESTRAINT PET/DISMISSED. 10-12-16 NOTICE OF APPEAL TO COURT OF APPEALS. 08-31-18 CERTIFICATE OF FINALITY/77665-7-I/DISMISSED | AF |
| 01-1-09176-6  09-25-2001<br>vucsa-pwi deliver cocaine | — | 162M DOC CT 1 (INCLUDING 36M DOC SPECIAL WEAPON ENHANCEMENT). 116M DOC CT 2. CTS 1&2 CONC W/01-1-10807-3 SEA. 9-12M COMM CUSTODY. 08-16-2005 CERT OF FINALITY 56251-7-I /PERS RESTRAINT PET DISMISSED. 09 11 07 CERTIF OF FINALITY 60196-2-I/CLOSED 11-09-2011 CERTIFICATE OF FINALITY /67187-1-I/PERSONAL RESTRAINT PET DISMISSED. 06-09-2015 CERTIFICATE OF FINALITY /73070-3-I/PERSONAL RESTRAITN PET/DISMISSED. | AF |
| 01-1-09176-6  09-25-2001<br>unlawful possess firearm 1 | — | King Superior Court WA - 03-07-2002<br>162M DOC CT 1 (INCLUDING 36M DOC SPECIAL WEAPON ENHANCEMENT). 116M DOC CT 2. CTS 1&2 CONC W/01-1-10807-3 SEA. 9-12M COMM CUSTODY. 08-16-2005 CERT OF FINALITY 56251-7-I | AF |

*AF – Adult Felony
AM – Adult Misdemeanor
JF – Juvenile Felony
JM – Juvenile Misdemeanor

19    1

## APPENDIX B TO PLEA AGREEMENT
### PROSECUTOR'S UNDERSTANDING OF DEFENDANT'S CRIMINAL HISTORY
### (SENTENCING REFORM ACT)

DEFENDANT: EDWIN RANDAL COSTON
FBI No: 349411KA2   State ID No.: WA14400238   DOC No.: 950376

This criminal history was compiled on: April 9, 2024

| | | | |
|---|---|---|---|
| | /PERS RESTRAINT PET DISMISSED. 09 11 07 CERTIF OF FINALITY 60196-2-I/CLOSED 11-09-2011 CERTIFICATE OF FINALITY /67187-1-I/PERSONAL RESTRAINT PET DISMISSED. 06-09-2015 CERTIFICATE OF FINALITY /73070-3-I/PERSONAL RESTRAITN PET/DISMISSED. | | |
| 99-1-06987-7  08-08-1999 custodial assault | King Superior Court WA - 01-21-2000 17m doc | | AF |
| 93-1-00430-7  04-24-1993 escape 2 | Thurston Superior Court WA - 02-09-1994 9m jail, 12m comm supervision | | AF |
| 93-1-00309-2  03-24-1993 attempt to elude | Thurston Superior Court WA - 04-13-1993 4m jail, 12m comm supervision | | AF |
| 92-1-03271-2  05-11-1992 unlawful possession of firearm | King Superior Court WA - 08-17-1992 CONVICTED BY COURT CTS 1&2. SNTCD 1Y KC JAIL SUSPD CT1. SERVE 6M KC JAIL CT1. SERVE 12M KC JAIL CT2. 12M COMM SUPV. PAY CV/PEN ASST $100. 11 17 94 ORD MOD SENT. SERVE 45D KC JAIL | | AF |
| 89-1-05246-2  09-27-1989 vucsa-pwi cocaine | King Superior Court WA - 03-16-1990 20m prison, 12m comm supervision | | AF |
| 12-1-50324-8  07-21-2015 contempt of the court | Franklin Superior Court WA - 08-21-2015 240d jail | | AM |
| 365996  08-08-1999 harassment & resisting | Seattle Municipal Court WA - | | AM |
| 92-1-03271-2  05-11-1992 reckless driving | King Superior Court WA - 08-17-1992 CONVICTED BY COURT CTS 1&2. SNTCD 1Y KC JAIL SUSPD CT1. SERVE 6M KC JAIL CT1. SERVE 12M KC JAIL CT2. 12M COMM SUPV. PAY CV/PEN ASST $100. 11 17 94 ORD MOD SENT. SERVE 45D KC JAIL | | AM |

Comments: Active with DOC; Risk Level Classification: High Violent

Prepared by: _____
Chanthavy San

2

*AF – Adult Felony
AM – Adult Misdemeanor
JF – Juvenile Felony
JM – Juvenile Misdemeanor

## Inmate: ALLAH, Allah (950376)

| Gender: Male | DOB: 01/26/1966 | Age: 53 | Category: Regular Inmate | Body Status: Active Inmate |
| --- | --- | --- | --- | --- |
| RLC: HV | Wrap-Around: No | Comm. Concern: No | Custody Level: Maximum | Location: WSP-IMU — IMS / MSG08 |
| ERD: 04/08/2025 | | | | CC/CCO: Alaniz, Ricardo |

| Details | Text |
| --- | --- |
| Date & Time Created: 07/23/2002 12:00 AM | COMMITTED NAME FOR COMMITS "H;I,J" IS ONE NAME—ALLAH. |
| Offender Location At Occurrence: WCC-RC | SENTENCE STRUCTURE HAS BEEN BUILT WITH THE FIRST AND LAST |
| Date & Time Of Occurrence: 07/23/2002 | NAME OF ALLAH BECAUSE OBTS WILL NOT UPDATE WITHOUT A LAST |
| DOC No.: 950376 | AND FIRST NAME. PER JANICE MCMANN, BUILD AS ALLAH, ALLAH. |
| Offender Name: ALLAH, Allah | |
| Author Name: Malone, Mary R | |
| Events: Records Issues ( RC ) | |

23

Case 3:25-cv-05129-RSL    Document 1    Filed 02/10/25    Page 25 of 53

8061
Judgment for Change of Name (Single Form)　　　　　　　　　(Rev. 3/30/93) CCCH 0039

③

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PETITION OF

Edwin R Coston

_____

_____

_____

For Change of Name

0003007.0335
95CH 00922

No. 95

8061

ENTERED
CLERK OF THE CIRCUIT COURT
AURELIA PUCINSKI

JAN 31 1995

JUDGE   MICHAEL B. GETTY #178
DEPUTY CLERK

### JUDGMENT

This cause having come on to be heard upon the petition filed herein and upon motion of petitioner's attorney, and the Court having read the said petition, together with the affidavit appended thereto, and the certificate of publication filed herein, and it appearing that previous notice of the intended application for a change of name

was given by publishing a notice there of in　　　　Law Bulletin

_____, a newspaper of general circulation published in the County wherein the said petitioner resides, said publication having been made for three consecutive weeks, the first insertion of which

was at least six weeks prior to ___JAN 31___, 19 95 the said notice being signed by the said petitioner and setting forth the return day of this Court at which the said petition was to be filed, together with the name sought to be undertaken, and the Court being fully advised in the premises, doth find.

That all the material facts alleged in said petition are true; that the said petitioner is a resident of the State of Illinois and has resided therein continuously for a period of at least six months next preceding_____

___JAN 31___, 19 95, that the conditions mentioned and specified in an Act of the General Assembly of the State of Illinois, entitled "An Act to Revise the Law in Relation to Names," approved February 15, 1874, and in force July 1, 1874, and as amended, have been complied with; that this Court has jurisdiction of the persons and of the subject matter hereof; and that no reason appears why the prayer in said petition contained should not be granted.

It is therefore ordered, adjudged and decreed that the said petitioner's name be, and the name is hereby changed

from ___Edwin R Coston___

to ___Divine Answer Born Supreme AllAH (D.A.B.S.A.)___
by which said last-mentioned name shall be hereafter known and called.

ENTER:

Judge　　　　　　　　　　　　　　　Judge's No.

Name ___Edwin R Coston___
~~Attorney for~~
Address ___1638 HANOVER ST. #2R___
City ___Chicago HTS.___
Telephone ___(708) 758-7301___
~~Atty No.~~

DOROTHY BROWN SEP 2 1 2020

AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

24

DANIEL T. SATTERBERG
PROSECUTING ATTORNEY



**King County**

Office of the Prosecuting Attorney
CIVIL DIVISION
1191 2nd Ave Suite 1700
Seattle, Washington 98101
(206) 477-1120
FAX (206) 296-0191

April 21, 2022

Allah Allah 950376
Washington State Penitentiary
1313 N 13th Ave
Walla Walla WA 99362

Re: Public Records Request, Reference # P012871-041822

Dear Allah Allah, 950376,

The King County Prosecuting Attorney received a public records request from you on April 15, 2022. Your request mentioned:

> *Judgment and sentence, with the Warrant of Commitment in King County No 89-1-05246-2 SEA.*

In the request, you asked for certain records from the above noted files.  Unfortunately, there are no records responsive to your request. This file has been destroyed in accordance with the state retention policy.

This completes our response to your request.

Best Regards,

For DANIEL T. SATTERBERG
King County Prosecuting Attorney

*Kristie Johnson*

Kristie Johnson
Public Disclosure Officer

25

RECEIVED

FEB 0 9 2006

SCCC RECORDS



STATE OF WASHINGTON
**DEPARTMENT OF CORRECTIONS**
OFFICE OF CORRECTIONAL OPERATIONS
P.O. Box 41118 • Olympia, Washington 98504-1118 • (360) 753-1573
FAX (360) 586-6582

November 21, 2005

Mr. Allah, DOC 950376
Stafford Creek Corrections Center, IMU
191 Constantine Way
Aberdeen, WA 98520

Dear Mr. Allah:

I have been asked to respond to your correspondence addressed to Department of Corrections (DOC) Secretary Harold Clarke. In your letter you state that you are being held unlawfully at Stafford Creek Corrections Center (SCCC), that DOC has no warrant of commitment for "Allah," and that your case was dismissed on September 3, 2001.

Department records indicate you are not serving time on case 201138836 which you indicate was dismissed. You are currently serving time on three warrants of commitment: King County Cause No.'s 011091766, 011108073 and 021020476.

My staff have confirmed that you are currently incarcerated under the name Allah. Your records indicate that you were previously known as Edwin Coston. Your Judgment and Sentence under which you are currently incarcerated lists Allah AKA Edwin Randan Coston (AKA: also known as). Your three warrants of commitment also list your name Allah AKA Edwin Randan Coston.

In your letter you also enclose a "Private Oath of Office – Security Agreement" and an "Affidavit of Legal Notice and Demand." Secretary Clarke declines to sign your private security agreement. I am unable to determine what action/response you are seeking by your "Affidavit of Legal Notice and Demand."

Your dispute related to what you term an "invalid" search warrant is not under the jurisdiction of the DOC and must be addressed in the appropriate venue. If you have additional questions related to your incarceration records, I suggest you contact records staff at SCCC.

Sincerely,

Eldon Vail, Deputy Secretary
Prisons Division

EV:tab.SEC561
cc:  Harold W. Clarke, Secretary
     Offender File

*"Working Together for SAFE Communities"*

26

**State of Washington**
**Department of Corrections**

**Custody Review**
**Offender Version**

**Assigned Counselor:** Saunders, Todd C

**Printed By:** Machado, Brittany T
**Print Date:** 12/30/2024

**Inmate: ALLAH, None (950376)**

| | | |
|---|---|---|
| Gender: Male   DOB: 01/26/1966  Age: 58 | Category: Regular Inmate | Body Status: Active Inmate |
| RLC: HV | Custody Level: Maximum | Location: MCC-IMU — IMU / I212 |
| ERD: 01/25/2026 | | CC/CCO: Saunders, Todd C |

## Purpose of Review

| Purpose Of Review | Date Initiated |
|---|---|
| Plan Change | 10/29/2024 |
| Administrative Segregation Intensive Management Unit | 10/29/2024 |
| Multi-Disciplinary Team Custody Promotion | 10/29/2024 |
| Transfers | 10/29/2024 |

## Program Needs

### Education

| GED/HSD: | Date Obtained: | Location: | Verified? |
|---|---|---|---|
| HSD | 06/15/1984 | Washington State | Y |

### Offender Needs (Needs Assessment Tool)

MENTAL HEALTH

COPING SKILLS

FRIENDS

ATTITUDES / BEHAVIORS

AGGRESSION

RESIDENTIAL

FAMILY

ALCOHOL / DRUG USE

COMMUNITY EMPLOYMENT

### Program Narrative

Narrative:

02/13/24 WAC's 506, 509, 663, 896 (IGN 61) 10 Days LGCT 02/05/24 WAC 557 (IGN 60) 15 Days LGCT 03/29/21 WAC 557 (IGN 58) 45 Days LGCT 02/18/21 WAC 506 And 663 (IGN 56) 45 Days LGCT 02/11/21 WAC 506, 725 And 896 (IGN 57) 45 Days LGCT 05/12/20 WAC 810 (IGN 53) 30 Days LGCT 05/01/19 WAC 557 (IGN 51) 45 Days LGCT 12/27/18 WAC 506 And 557 (IGN 50) 60 Days LGCT 06/21/18 WAC 557 (IGN 48) 15 Days LGCT 02/26/18 WAC 663 (IGN 46) 30 Days LGCT 02/26/18 WAC 663 (IGN 47) 30 Days LGCT 02/14/18 WAC 506 And 663 (IGN 45) 45 Days LGCT 02/08/18 WAC 506 (IGN 44) 45 Days LGCT 12/16/17 WAC 506 (IGN 41) 30 Days LGCT 02/22/17 WAC 663 (IGN 39) 30 Days LGCT 02/01/17 WAC 506 (IGN 38) 30 Days LGCT 01/25/17 WAC 506 (IGN 37) 30 Days LGCT 01/04/17 WAC 506 (IGN 35) 60 Days LGCT 05/22/15 WAC 506 And 663 (IGN 32) 15 Days LGCT 05/12/15 WAC 506 (IGN 30) 30 Days LGCT 05/11/15 WAC 506 (IGN 29) 45 Days LGCT 05/10/15 WAC 506 (IGN 28) 30 Days LGCT 10/14/14 WAC 506 (IGN 27) 30 Days LGCT 07/23/14 WAC 506 (IGN 25) 30 Days LGCT 10/31/10 WAC 506, 556 And 604 (IGN 23) 270 Days LGCT 06/29/07 WAC 556 (IGN 22) 10 Days LGCT 12/08/06 WAC 509 And 558 (IGN 20)

30 Days LGCT 01/17/06 WAC 663 (X2) (IGN 18) 40 Days LGCT 01/13/06 WAC 660 (IGN 17) 30 Days LGCT 08/04/04 WAC 506 And 717 (IGN 15) 180 Days LGCT 04/17/04 WAC 506 And 556 (IGN 10) 30 Days LGCT 02/17/04 WAC 505 (IGN 8) 50 Days LGCT 12/24/02 WAC 509 And 663 (IGN 6) 10 Days LGCT TOTAL LOST GOOD CONDUCT TIME: 1,530 DAYS Pathway No Longer Valid Due To Infraction Behaviors. 30 Days For WAC 506 (IGN 17 Dated 01/13/06) Recommend Requirements For Restoration • Complete Offender Change Program • Remain In Compliance With Case Plan • Remain One Year Serious Infraction Free If He Complies With The Approved Pathway, Allah Will Be Eligible For Restoration Of Up To 30 Days Lost GCT During His August 2024 Scheduled Review. Allah's ERD Is 01/18/26 Which Provides Adequate Time For Restoration. New Proposed Pathway Below: Recommend Requirements For Restoration 12/16/17 WAC 506 (IGN 41) 30 Days LGCT • Complete Offender Change Program • Remain In Compliance With Case Plan • Remain One Year Serious Infraction Free If He Complies With The Approved Pathway, Allah Will Be Eligible For Restoration Of Up To 30 Days Lost GCT During His August 2025 Scheduled Review. Allah's ERD Is 01/18/26 Which Provides Adequate Time For Restoration.

---

### Education/Employment Needs

**Education/Employment Need**

Needs Vocational Training Program Of 6-12 Months

Needs Re-Training Due To Offense Or Changing Circumstances

Needs Full Time Prison Work Assignment

Needs Job Finding Skills And Support For Community Employment

**Narrative:**

OMNI Shows That Offender Has A High School Diploma 1984. Employment Referrals Will Be Created To Reflect Job Screening.

---

### Programs

---

## Custody Score

### Current Custody

| | Current Custody Score: | 0 |
|---|---|---|
| Maximum | | |

### Infraction Behavior

| | Infraction Behavior Score: | 20 |
|---|---|---|

### Program Behavior

| | | | Program Behavior Score: | 0 |
|---|---|---|---|---|

| Month | Year | Points | Non-Award Reason |
|---|---|---|---|
| May | 2024 | 0 | Offender Segregated |
| June | 2024 | 0 | Offender Segregated |
| July | 2024 | 0 | Offender Segregated |
| August | 2024 | 0 | Offender Segregated |
| September | 2024 | 0 | Offender Segregated |
| October | 2024 | 0 | Offender Segregated |

### Detainers

| | | | Detainer Score: | 0 |
|---|---|---|---|---|
| | Felony | ICE | | |
| Current | Yes | No | | |
| Potential | No | No | | |

### Escape History

| | Escape History Score: | 15 |
|---|---|---|

#### DOC

| Escape Description | Month | Year |
|---|---|---|

Calculated Custody

| | |
|---|---|
| **Custody Score:** | 35 |
| **Calculated Custody:** | Close |

## Expectations

**Condition**

| Expectation | Frequency | Due Date | Complete |
|---|---|---|---|
| Abide By Approved GCT Restoration Pathway | As Required | 04/17/2023 | No |

### LFO (Legal Financial Obligations)

| Cause | Amount |
|---|---|
| 011091766 | $318.45 |
| 121503248 | $583.69 |
| 021020476 | $1,555.27 |
| 991069877 | $640.50 |
| Total: | $3,097.91 |

## Targeted Custody

| Targeted Date | Targeted Custody | Targeted Placement | Inmate Preferred Location |
|---|---|---|---|

## Disciplines

| Discipline | Other Discipline | Staff |
|---|---|---|
| Custody | | DeMarco, Robert W Jr. |
| Mental Health | | McIntyre, Lindsay A |
| Other | IMU-CUS | Meyer, Ronald D |

## Comments/Recommendations

| Submit/Review<br>Date | Name | Comments | Concur |
|---|---|---|---|
| 10/29/2024 | Saunders, Todd C | (Offender) "Put me on the Mainline here at MCC. I have a brother who lives in Everett, I haven't seen in 24 years and my mother lives in Federal Way, along with my two sisters. The main reason I'm here is because I refused a job at Stafford Creek, because I didn't get paid when I was in the Kitchen for two months."<br><br>(Counselor) Allah is serving a 24-Month sentence out of King County for: Drugs-Manufacture, Deliver, possess w/Intent to Deliver, Drug Possession, Intimidating a Witness, Unlawful Possession of a Firearm 1st, Assault 2 - Intentional and causes substantial bodily harm, Misd -Contempt of Court and Custodial Assault. His ERD is currently 01/25/26 and MAX release date is 02/28/28. Allah was assigned to his 4th IMS program on 07/01/24. The expectations were: Demote to Maximum; Transfer MCC IMU. Update BPP. Obtain/Maintain IMU level 3. Complete programming as assigned by the case manager. While here. Allah was respectful towards staff and others. He continually sent me kites asking why he was here and what authority I have, to hold him. He claims we have the wrong guy. *Washington One, PREA, BPP, Single Cell Screening, CCR and Prohibited Placements have been reviewed and are up to date. *Due to infraction dated 02/13/24, Allah can request GCTP after 02/13/25. *He will most likely not have enough time to get any of his good conduct time back. MDT: Ronald Meyer-CUS, Todd Saunders-CC3, Lindsay McIntyre-MH. Robert DeMarco-Sgt. *Recommendations: Promote to Close Custody and Transfer to custody appropriate facility. Allah is requesting placement at MCC-TRU (Medium). | |

| 11/20/2024 | Meyer, Ronald D | (FRMT) Allah has not Completed any programing assigned by classification and has not received any infractions or BOE's while housed at MCC-IMU. Allah is respectful towards staff and other individuals housed on the Unit. Allah was sent to MCC-IMU for the progression pod but had refused to be housed on the progression pod with multiple attempts. Allah has stated multiple times that DOC has the wrong guy. Allah recently told me that he would go to general population so he could have more time to work on his court case. Recommendation promote to Close custody and transfer to facility appropriate. | Yes |
| 11/20/2024 | Styles, Kari A | Allah has not met the requirements for consideration for promotion in custody. He has four serious infractions from February 2024, three of which are concerning treatment towards staff. He has not completed required expectations for Maximum Custody, an override to medium custody is not supported. Refer to HQ Max Committee for consideration for promotion to CLOSE Custody and transfer to custody appropriate housing. | Yes |
| 11/20/2024 | Pfaff, Ryan A | Allah was demoted to Max custody in July 2024 due to not being appropriate for the Progression Pod at MCC-IMU. Whie assigned Max custody he has remained infraction free, is level one and refuses to complete programming. The facility classification staff recommend Close custody. He has multiple prior Max custody placements. Recommendation: Promote to Close custody and transfer to WSP-Main. | Yes |
| 11/22/2024 | Kaech, Casey M | 11/21/2024 Max Custody MDT: K. Bowen (Chair) Mission housing Administrator, C. Kaech-AA2, R. Fisbeck-CS2, C. Newton-INV, R. Pfaff-CS4, R. Meyer-CUS, K. Walker-MH Manager, R. Quirk-Director MH, A. Collecchi CC3, D. Feist-CBC, M. Stigall, J. Funnemark-CC3, P. Maxson-CPM, M. Rainville-CUS. Decision: Maintain Maximum; Transfer WCC IMU. Update BPP. Maintain IMU Level 1 while refusing to program. May promote to IMU Level 3 with appropriate programming. Complete programming as assigned by the case manager. Consider placement at WCC TC for release planning at Medium custody if behaviorally and programming compliant. | No |

## Assigned Custody

| Calculated Custody: | Assigned Custody: | Override Reason: | Override Narrative: |
|---|---|---|---|
| Close | Maximum | Intensive Management Status | Maintain Max Custody In Order To Complete All Requirements. |
| | Classification Status: | Completion Date: | Custody Assigned By: |
| | In-Effect | 11/22/2024 | Casey Kaech, Administrative Assistant 2 |

**DOC:** 950376          **Name:** ALLAH, None







This ACKNOWLEDGMENT reflects the information on file with the Washington State Department of Licensing.

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

    ALLAH(C)
    510 SW 372TH PL
    FEDERAL WAY WA 98023

Date of Filing :    Oct 8, 2008

Time of Filing:    05:00 PM

File Number  :    2008-282-3707-1

A Continuation Statement may be filed within
six months of the Lapse Date of :  NONE

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 1b. INDIVIDUAL'S NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| ALLAH(c) | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1830 Eagle Crest Way | Clallam Bay | WA | 98326 | US |

| 1d. TAX ID#: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 3b. INDIVIDUAL'S NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| Allah(c) | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1830 Eagle Crest Way | Clallam Bay | WA | Near(98326) | USA |

4. This FINANCING STATEMENT covers the following collateral:

| 5. ALTERNATIVE DESIGNATION (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS    Attach Addendum    [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | | | ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2 | |

8. OPTIONAL FILER REFERENCE DATA



13 This FINANCING STATEMENT covers ☐ timber cut to be cut or ☐ as-extracted collateral, or is filed as a ☒ fixture filing

14 Description of real estate

15 Name and address of a RECORD OWNER of above-described real estate    (if Debtor does not have a record interest).

18 Check only if applicable and check only one box
☒ Debtor is a TRANSMITTING UTILITY    ☐ Filed in connection with a Manufactured-Home Transaction - effective 5 years    ☐ Filed in connection with a Public-Finance Transaction - effective 5 years

ACKNOWLEDGMENT COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV 07/29/98)

# The Reflector
*The Newspaper With Integrity*

Case Publishing, Inc.
20 NW 20th Ave., PO Box 2020
Battle Ground, WA 98604-2020
(360) 687-5151 • (360) 687-5162 fax
www.TheReflector.com
printing@TheReflector.com

## Affidavit of Publication

STATE OF WASHINGTON
COUNTY OF CLARK } SS.

Marvin Case, being first duly sworn on oath, deposes and says that he is publisher of THE REFLECTOR, a weekly newspaper. That said newspaper is a legal newspaper by order of the Superior Court of Clark County and is now and has been for more than six months prior to the date of publication hereinafter referred to, published in the English language, continually as a weekly newspaper in Battle Ground, Clark County, Washington, and is now and during all of said time was printed in an office maintained at the aforesaid place of publication of said newspaper. That the annexed is a true copy of _Public_ _Notice - Allah©_ _Copyright Notice_

as it was published in regular issues (and not in supplement form) of said newspaper on _December 31st 2008 - January_ _21st, 2009 Four (4) times._

and that such newspaper was regularly distributed to its subscribers and area residents during all of said period.

_____
Marvin Case

Subscribed and sworn to before me this _21st_ day of _January,_ 20_09_

_____
Notary Public in and for the State of Washington Residing at Battle Ground, Washington



31

Revenue Tracking Number
1 2 0 2 3 0 2

100808    37.00

Commercial Security Agreement No.  A-070108—CSA
Non-Negotiable - Private Between the Parties
Filed For Record

**PARTIES**

Debtor:   ALLAH<sup>(c)</sup> trade-name/trade-mark (*)
Clallam Bay Correction Center
1830 Eagle Crest Way,
Clallam Bay, WA 98326
(ALLAH,<sup>(c)</sup> also known by any and all derivatives and variations in
the spelling of said name.)  Debtor's Social Security Account
Number: 535823820

Debtor:   User 'any juristic person', as well as the agent of said juristic
person.

Secured Party:   In care of: Clallam Bay Correction Center,
1830 Eagle Crest Way,
Clallam Bay, Washington Republic
Allah<sup>(c)</sup>

Commercial Security Agreement No.    A-070108—CSA - (1)

Revenue Tracking Number
1 2 0 2 3 0 2

1 | **Agreement**    100808  37.00

2 This Commercial Security Agreement ('Agreement') is made and entered into

3 on this 1st day of July, 2008, by and between the Flesh-and-blood Man Allah,[c]
(hereinafter known as Secured Party) and the Debtor, Transmitting Utility

4 ALLAH,[c] (hereinafter known as Debtor), and User, 'any juristic person' as

5 well as the agent of said juristic person, (hereinafter known as Debtor),

6 in consideration for Secured Party providing certain accommodations to Debtor
including, but not limited to, Secured Party:

7 (1) Constituting the source, origin, substance, and being, i.e. basis of

8 'pre-existing claim', from which the existence of Debtor was derived and
on the basis of which Debtor is able to function as a transmitting utility

9 to conduct Commercial Activity as a conduit for the transmission of goods
and services to Secured Party, and to interact, contract, and exchange goods,

10 services, obligations, and liabilities with other Debtors, corporations,
and artificial persons in Commerce;

11 (2) Signing by Authorized Representative for Debtor in all cases whatsoever
wherein any signature of Debtor's is required;

12 (3) Issuing a binding commitment to extend credit or for the extension of

13 immediately available credit, whether or not drawn upon and whether or not
a chargeback is provided for in the event of difficulties in collection;

14 (4) Providing the right for payment of all sums due or owing, or to become
due or owing, by Debtor; and

15 (5) Constituting the source of the assets, via the sentient existence, exercise

16 of faculties, and labor of Secured Party, that provide the valuable consider-
ation sufficient to support any contract which Debtor may execute or to

17 which Debtor may be regarded as bound by any person whatsoever.

18 (6) Copyright Notice: All rights reserved re common-law copyright of trade-
name/trade-mark ALLAH,[c] as well as any and all derivatives and variations

19 in the spelling of said trade-name/trade-mark---Common Law Copyright (c)
1995 by Allah.[c] Said common-law trade-name/trade-mark, ALLAH,[c] may neither

20 be used, nor reproduced, neither in whole nor in part, nor in any manner
whatsoever, without the prior, express, written consent and acknowledgement

21 of Allah,[c] as signified by the red-ink signature of Allah,[c] hereinafter
"Secured Party".

22 (7) Hold-harmless And Indemnity Agreement No.   A-070108-HHIA.

23 Sufficient to support any contract which DEBTOR may execute or to which
DEBTOR may be regarded as bound by any person whatsoever.

24 NOW, THEREFORE, it is hereby agreed as follows:

25 In consideration for the Secured Party agreeing to provide certain Collateral
and goods, identified hereinbelow, and certain accommodations to the Debtor

26 Commercial Security Agreement No.   A--070108--CSA - (2)

33
34

100808  37.00

1    including, but not limited to, allowing the DEBTOR to act as an agent, utilized
     for the purpose of transmitting commercial activity for the benefit of the
2    Secured Party to the extent that the context otherwise required, for the
     purpose of conducting traffic in commercial activity, as a pipeline for
3    the transmission of goods and chattel property and paper; and, as Security
     for payment of all sums due, or to become due or owing by Debtor to Secured
4    Party, Debtor hereby grants to Secured Party for valuable consideration
     a security right in the Collateral described hereinbelow and agrees to provide
5    to Secured Party the Self-executing Contract/Security Agreement in Event
     of Unauthorized Use, also contained hereinbelow, securing the indebtedness
6    and agrees that the Secured Party shall have the rights stated in this Agree-
     ment with respect to the collateral in addition to all other rights which
7    Secured Party may have by law.

8    The security right granted herein secures any and all indebtedness and liabi-
     lities, whatsoever, owed by Debtor to Secured Party whether direct or indirect,
9    absolute or contingent, due or to become due, now existing or hereafter
     arising and howsoever evidenced. This security right is also given to secure
10   any other debts which may be owed by Debtor to Secured Party from time to
     time as stated herein below.

11   DEBTOR hereby confirms that this Security Agreement is a duly executed,
     signed, and filed for record contract entered into knowingly, intentionally,
12   and voluntarily by DEBTOR, USER, 'any juristic person', as well as the agent
     of said juristic person, and Secured Party, wherein and whereby DEBTOR:

13
     (1) Voluntarily enters DEBTOR in the Commercial Registry;
14
     (2) Transfers and assigns to Secured Party a security right in the Collateral
15   described herein below; and

     (3) Agrees to be, act, and function in law and commerce, as the unincorporated,
16   proprietary trade-name/trade-mark of Secured Party for exclusive and discret-
     ionary use by Secured Party in any manner that Secured Party, by sovereign
17   and unalienable rights, elects.

18              P U B L I C   L A W F U L   N O T I C E

19   Filing of this Security Agreement by the Parties constitutes open, lawful,
     public notice that:
20
     (1) The law, venue, and jurisdiction of this Security Agreement is the ratif-
21   ied, finalized, signed, and filed for record private contract freely entered
     into by and between DEBTOR and Secured Party as registered herewith.
22
     (2) This Security Agreement is contractually complete herein and herewith
23   and cannot be abrogated, altered, or amended, in whole or part, without
     the express, written consent of both DEBTOR and Secured Party.

24   (3) DEBTOR is the transmitting utility, and unincorporated, proprietary
     trade-name/trade-mark of Secured Party, and all property of DEBTOR is the
25   secured property of Secured Party.

26   Commercial Security Agreement No.    A-070108—CSA - (3)

34

Case 3:25-cv-05129-RSL   Document 1   Filed 02/19/25   Page 38 of 53

Revenue Tracking Number
1 2 0 2 3 0 2

1  (4) Any unauthorized use of DEBTOR in any manner that might influence, affect, pertain to, or be presumed to pertain to Secured Party in any manner is
2  expressly prohibited without the written consent of Secured Party.

3  (5) **Copyright Notice:** All rights reserved re common-law copyright of trade-name/trade-mark, ALLAH(C)—as well as any and all derivatives and variations in the spelling of said trade-name/trade-mark---Common Law Copyright (c)
4  1995 by Allah,(C) may neither be used, nor reproduced, neither in whole nor in part, nor in any manner whatsoever, without the prior, express, written,
5  consent and acknowledgement of Allah(C) as signified by the red-ink signature
6  of Allah,(C) hereinafter "Secured Party".

7  (6) **With the intent of being contractually bound,** any juristic person, as well as the agent of said juristic person, consents and agrees by this Copyright Notice that neither said juristic person, nor the agent of said juristic
8  person, shall display, nor otherwise use in any manner, the common-law trade-name/trade-mark ALLAH(C) nor the common-law copyright described herein, nor
9  any derivative of, nor any variation in the spelling of, ALLAH(C) without the prior, express, written consent and acknowledgment of Secured Party,
10  as signified by Secured Party's signature in red ink. Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use
11  of ALLAH,(C) and all such unauthorized use is strictly prohibited. Secured Party is not now, nor has Secured Party ever been, an accommodation party,
12  nor a surety, for the purported debtor, i.e. "ALLAH", nor for any derivative of, nor for any variation in the spelling of, said name, nor for any other
13  juristic person, and is so-indemnified and held harmless by Debtor, i.e. "ALLAH", in Hold-harmless and Indemnity Agreement No.  A-070108-HHIA dated
14  the First Day of the Seventh Month in the Year of Our Lord Two Thousand and Eight                    against any and all claims, legal actions, orders,
15  warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and
16  expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered
17  by, imposed on, and incurred by Debtor for any and every reason, purpose, and cause whatsoever.

18  (7) **Self-executing Contract/Security Agreement in Event of Unauthorized Use:** By this Copyright Notice, both the juristic person and the agent of said
19  juristic person, hereinafter jointly and severally "User", consent and agree that any use of ALLAH(C) other than authorized use as set forth above consti-
20  tutes unauthorized use, counterfeiting, of Secured Party's common-law copyrighted property, contractually binds User, renders this Copyright Notice a Security
21  Agreement wherein User is debtor and Allah(C) is Secured Party, and signifies that User: (1) grants Secured Party a security right in all of User's assets,
22  land, and personal property, and all of User's right in assets, land, and personal property, in the sum certain amount of $500,000.00 per each occurrence
23  of use of the common-law copyrighted trade-name/trade-mark ALLAH,(C) as well as for each and every occurrence of use of any and all derivatives of, and
24  variations in the spelling of, ALLAH,(C) plus costs, plus triple damages;
   (2) authenticates this Security Agreement wherein User is debtor and Allah,(C)
25  is Secured Party, and wherein User pledges all of User's assets, land, Consumer

26  Commercial Security Agreement No.   A-070108-CSA  - (4)

35

1   goods, farm products, inventory, equipment, money, investment property,
     commercial tort claims, letters of credit, letter-of-credit rights, chattel
2   paper, instruments, deposit accounts, accounts, documents, and general intan-
     gibles, and all User's right's in all such foregoing property, now owned
3   and hereafter acquired, now existing and hereafter arising, and wherever
     located, as collateral for securing User's contractual obligation in favor
4   of Secured Party for User's unauthorized use of Secured Party's common-law-
     copyrighted property; (3) consents and agrees with Secured Party's filing
5   of a UCC Financing Statement in the UCC filing office, as well as in any
     county recorder's office, wherein User is debtor and Allah$^{(C)}$ is Secured
6   Party; (4) consents and agrees that said UCC Financing Statement described
     above in paragraph "(3)" is a continuing financing statement, and further
7   consents and agrees with Secured Party's filing of any continuation statement
     necessary for maintaining Secured Party's perfected security rights in all
8   of User's property and rights in property, pledged as collateral in this
     Security Agreement and described above in paragraph "(2)", until User's
9   contractual obligation theretofore incurred has been fully satisfied; (5)
     consents and agrees with Secured Party's filing of any UCC Financing Statement,
10  as described above in paragraphs "(3)" and "(4)", as well as the filing
     of any Security Agreement, as described above in paragraph "(2)", in the
11  UCC filing office, as well as in any county recorder's office; (6) consents
     and agrees that any and all such filings described in paragraphs "(4)" and
12  "(5)" above are not, and may not be considered, bogus, and that User will
     not claim that any such filing is bogus; (7) waives all defenses; and (8)
13  appoints Secured Party as Authorized Representative for User, effective
     upon User's default re User's contractual obligations in favor of Secured
14  Party as set forth below under "Payment Terms" and "Default Terms", granting
     Secured Party full authorization and power for engaging in any and all actions
15  on behalf of User including, but not limited by, authentication of a record
     on behalf of User, as Secured Party, in Secured Party's sole discretion,
16  deems appropriate, and User further consents and agrees that this appointment
     of Secured Party as Authorized Representative for User, effective upon User's
17  default, is irrevocable and coupled with a security right.

18  (8) **User further consents and agrees with all of the following additional**
     **terms of Self-executing Contract/Security Agreement in Event of Unauthorized**
     **Use:** **Payment Terms:** In accordance with fees for unauthorized use of ALLAH$^{(C)}$ as
19  set forth above, User hereby consents and agrees that User shall pay Secured
     Party all unauthorized-use fees in full within ten (10) days of the date
20  User is sent Secured Party's invoice, hereinafter "Invoice", itemizing said
     fees.

21  (9) **Default Terms:** In event of non-payment in full of all unauthorized-use
     fees by User within ten (10) days of date invoice is sent, User shall be
22  deemed in default and: (a) all of User's property and property pledged as
     collateral by User, as set forth in above in paragraph "(2)", immediately
23  becomes, i.e. is, property of Secured Party; (b) Secured Party is appointed
     User's Authorized Representative as set forth above in paragraph "(8)";
24  and (c) User consents and agrees that Secured Party may take possession
     of, as well as otherwise dispose of in any manner that Secured Party, in
25  Secured Party's sole discretion, deems appropriate, including, but not limited

26  Commercial Security Agreement No.   A-070108—CSA - (5)

2008-282-3707-1, Attachment 8 of 16

Revenue Tracking Number
1 2 0 2 3 0 2

100808  37.00

1  by, sale at auction, at any time following User's default, and without further
   notice, any and all of User's property and rights, described above in paragraph
2  "(2)", formerly pledged as collateral by User, now property of Secured Party,
   in respect of this "Self-executing Contract/Security Agreement in Event
3  of Unauthorized Use", that Secured Party, again in Secured Party's sole
   discretion, deems appropriate.
4
   (10) Terms for Curing Default: Upon event of default, as set forth above
5  under "Default Terms", irrespective of any and all of User's former property
   and rights in property, described above in paragraph "(2)", in the possession
6  of, as well as disposed of by, Secured Party, as authorized above under
   "Default Terms", User may cure User's default only re the remainder of User's
7  said former property and rights in property, formerly pledged as collateral
   that is neither in the possession of, nor otherwise disposed of by, Secured
8  Party within twenty (20) days of date of User's default only by payment
   in full.
9  (11) Terms of Strict Foreclosure: User's non-payment in full of all unauthor-
   ized-use fees itemized in Invoice within said twenty-(20) day period for
10 curing default as set forth above under "Terms for Curing Default" authorizes
   Secured Party's immediate non-judicial strict foreclosure on any and all
11 remaining former property and rights in property, formerly pledged as collat-
   eral by User, now property of Secured Party, which is not in the possession
12 of, nor otherwise disposed of by, Secured Party upon expiration of said
   twenty-(20) day default-curing period.
13
   Ownership subject to common-law copyright and UCC Financing Statement and (c)
14 Security Agreement filed with the UCC filing office.  Record Owner: Allah;
   Autograph Common Law Copyright (c) 1995.  Unauthorized use of "Allah" incurs
15 same unauthorized-use fees as those associated with ALLAH, (c) as set forth
   above in paragraph "(1)" under "Self-executing Contract/Security Agreement
16 in Event of Unauthorized Use".

17                              COLLATERAL

18 Collateral.  In this Commercial Security Agreement No.   A-070108-CSA,  the
   term "Collateral" means any and all items of property of Debtor, now owned
19 and hereafter acquired, now existing and hereafter arising, and wherever
   located: (a) referenced within any of the following categories--i.e. all:
20 motor vehicles, aircraft, vessels, ships, trade-name/trade-marks, copyrights,
   patents, consumer goods, firearms, farm products, inventory, equipment,
21 money, investment property, commercial tort claims, letters of credit, letter-
   of-credit rights, chattel paper, electronic chattel paper, tangible chattel
22 paper, certificated securities, uncertificated securities, promissory notes,
   payment intangibles, software, health-care-insurance receivables, instruments,
23 deposit accounts, accounts, documents, livestock, real estate and real property-
   - including all buildings, structures, fixtures, and appurtenances situated
24 thereon, as well as affixed thereto--fixtures, manufactured homes, timber,
   crops, and as-extracted collateral, i.e. all oil, gas, and other minerals,
25 as well as any and all accounts arising from the sale of these substances,

26 Commercial Security Agreement No.   A-070108--CSA - (6)

37

100808   37.00

1  both at wellhead and minehead; (b) described/identified within a particular,
numbered paragraph under the heading "Paragraph '(b)' List" below; (c) descr-
2  ibed/identified within any document of title, certificate, form, and the
like, a photocopy of which has been appended with this Commercial  Security
3  Agreement, attached hereto, made fully part hereof, and included herein
by reference; UCC File No. 2002-338-2979-3; King Co. Records No. 20030701000033.

4

### Paragraph "(b)" List

5  (1) The Copyright Notice.  All rights reserved re common-law copyright of
trade-name/trade-mark of Debtor: i.e. ALLAH,(c) and any and all other assembla-
6  ges of letters and derivatives and variations in the spelling of said name
used with the intent of identifying/referencing the Debtor, ALLAH,(c) except
7  "Allah";

8  (2) Any and every alleged birth document/record re Allah,(c) such as THE STATE
OF WASHINGTON DEPARTMENT OF HEALTH, CERTIFICATE OF LIVE BIRTH, CERTIFICATE
9  # 146-1966-003670, JJ00484246, and any other otherwise-entitled birth document/
record--issued at any of the following levels: hospital, city, county, state,
10  federal, other--allegedly involving, concerning, binding, derived from,
etc. the name consisting of any assemblage of letters regarded as identifying/
11  referencing Debtor, i.e. ALLAH,(c) for any reason whatsoever;

12  This Commercial Security Agreement expressly herewith includes and emcompasses
all rights, legal title, equitable title, and rights in property described
in this Collateral section, both when now owned and when hereafter acquired,
13  now existing and such as might hereafter arise, and wherever located.

14  **Authorized Representative.**  Debtor hereby appoints Secured Party as Debtor's
Authorized Representative and authorizes Secured Party to do the following:
15  (a) sign, without liability, Debtor's signature in all commercial activity
between Debtor and any other juristic person, where such signature is reques-
16  ted, and if required, for the purpose of authenticating the writing; (b)
regarding any deposit account of any kind maintained in the name of Debtor,
17  and likewise maintained in/under the Social Security Account Number of Debtor,
with any bank, without further consent of Debtor, and without liability:
18  (i) to originate instructions for the deposit-account, (ii) to receive,
open, and dispose of all written communication, correspondence, and mail
19  concerning any such deposit account sent by any such deposit-account bank;
(iii) to compose, finalize, authenticate, and send all written communication,
20  correspondence, and mail concerning any such deposit account with any such
deposit-account bank; and (iv) to maintain exclusive possession of any and
21  all debit cards, ATM (automated Teller Machine) cards, and other similar
types of cards, as well as all checkbooks, savings books, passbooks, and
22  other types of account books, re any and all such deposit accounts of any
kind whatsoever maintained with any bank; (c) to demand, collect, receive,
23  accept receipt for, sue for, and recover all sums of money and other property
which are now, and may hereafter become, due, owing, and payable in favor
24  of the Debtor; (d) to execute, sign, and indorse any and all claims, instru-
ments, receipts, checks, drafts, and warrants issued for, and made payable
25  in favor of the Debtor; (e) to settle and compromise any and all claims,

26  Commercial Security Agreement No.   A-070108-CSA  - (7)

3$

1  now existing and as might hereafter arise, against Debtor, and against any
   item of Collateral; and (f) to file any claims, take any action, and institu-
2  te and participate in any proceedings, both in the name of Debtor and under
   the distinctive appellation of Secured Party, as well as otherwise, which,
3  in the sole discretion of Secured Party, may be deemed necessary and advisab-
   le.  Secured Party may also receive, open, and dispose of mail indicating
4  any alleged address of Debtor, and change any address concerning which mail
   and payments should be sent.  This authorization is given as security for
5  the indebtedness, and the authority hereby conferred is irrevocable and remains
   in full force and effect until renounced, in writing, and signed by Secured
6  Party.

7              F I D E L I T Y   B O N D

8  Know all men by these presents, that DEBTOR, ALLAH,[(c)] trade-name/trade-mark,
   establishes this bond in favor of Secured Party, Allah,[(c)] in the sum of present
9  Collateral Values up to the penal sum of **One Hundred Billion United States**
   **Dollars ($100,000,000,000.00)**, for the payment of which bond, well and truly
10 made, DEBTOR binds DEBTOR and DEBTOR's heirs, executors, administrators,
   and third-party assigns, jointly and severally, by these presents.

11 The condition of the above bond is:  Secured Party covenants to do certain
   things on behalf of DEBTOR as set forth above in Agreement, and DEBTOR, with
12 regard to conveying goods and services in Commercial Activity to Secured
   Party, covenants to serve as a transmitting utility theretofore and, as
13 assurance of Fidelity, grants to Secured Party a Security Interest in the
   herein below described Collateral.
14
   This bond shall be in force and effect as of the date hereon and until the
15 DEBTOR's surety, Allah,[(c)] is released from liability by the written order
   of the UNITED STATES GOVERNMENT and provided that said surety may cancel
16 this bond and be relieved of further liability hereunder by delivering thirty
   (30) day written notice to DEBTOR.  No such cancellation shall effect any
17 liability incurred or accrued hereunder prior to the termination of said
   thirty (30) day period.  In such event of notice of cancellation, DEBTOR
18 agrees to reissue the bond before the end of said thirty (30) day period
   for an amount equal to or greater than the above-stated value of this Commercial
19 Security Agreement, unless the Parties agree otherwise.

20             I N D E M N I T Y   C L A U S E

21 Know all men by these presents, that I, ALLAH[(c)] (DEBTOR), am held firmly
   bound unto Allah,[(c)] (Secured Party) in the sum of present Collateral Values
22 and any debts or losses claimed by any and all persons against the Commercial
   Transactions and Investments of aforesaid Collateral up to the penal sum
23 of Unlimited Amount ($ Unlimited) lawful money of the United States, for
   the payment of which, well and truly be made, I bind myself, my heirs, executors,
24 administrators and third party assigns, jointly and severally and firmly
   by these presents.

25

26 Commercial Security Agreement No. A-070108-CSA - (8)

39

2008-282-3707-1, Attachment 11 of 16
Revenue Tracking Number
1 2 0 2 3 0 2

100808   37.00

1 The conditions of the above bond is, that whereas the Collateral described
herein and utilized for the purpose of Transmitting goods in Commercial
2 Activity by the Debtor are in pursuance of the Statutes in such case made,
provided and indentured to the Secured Party by which indenture the said
3 Debtor covenanted to do certain things as in this agreement.

4 The conditions of this obligation are such that if Secured Party suffers
any loss of Vested Rights in the said Collateral Property or Monetary Losses
due to debts claimed against the aforesaid Collateral Property, or the Debtor,
5 who binds himself by this obligation to make advance payments from Debtor's
U.S. Treasury Accounts, established under IMF, BMF, IRAF, EPMF, (temporary,
6 permanent and current) accounts to any and all who make debt claims against
any of the Collateral or Vested Rights in said Collateral of Secured Party,
7 this obligation shall bind the Debtor in all respects, to fully and faithfully
comply with all applicable provisions of law.
8
This bond shall effect as of the date hereon and shall remain in full force
9 and effect until the surety (Secured Party) is released from liability by
the written order of the UNITED STATES Government and provided that the
10 Debtor may cancel this bond at any time and be relieved of further liability
hereunder by delivery within thirty (30) days written notice to Secured Party.
11 Such cancellation shall not effect any liability incurred or accrued by Debtor
hereunder prior to the termination of said thirty (30) day period.  The Debtor
12 will promptly reissue a bond before the end of the thirty (30) day period
for an amount equal to or greater than the value of this instrument unless
13 the parties agree otherwise.

14 The Debtor (Indemnifying Party), without the benefit of discussion or division,
does hereby agree, covenant and undertake to indemnify, defend and hold the
Secured Party (Indemnified Party) harmless from and against any and all claims,
15 losses, liabilities, costs, interests and expenses (hereinafter referred
to as "claim") including, without restriction, all legal costs, interests,
16 penalties and fines suffered or incurred by the Secured Party arising as
a result of the Secured Party having its personal guarantee with respect
17 to any loan or general indebtedness of the Debtor, including, without in
any way restricting, the generality of the foregoing amount owing by the
18 Debtor to all creditors.

19 The Indemnified Party (Secured Party/Surety) shall promptly advise the
Indemnifying Party (Debtor) of any claim and provide the same with full
20 details thereof, including copies of any documents, correspondence, suit
or action received by or served upon the Indemnified Party (Secured Party).
21 The Indemnified Party (Secured Party) shall fully cooperate with the Indemn-
ifying Party (Debtor) in any discussion, negotiations or other proceedings
22 relating to any claim.

23 **Other Rights and Remedies.**  Secured Party possesses all rights and remedies
of a secured creditor under the Uniform Commercial Code, as may be amended
24 upon agreement between the parties.  In addition, Secured Party possesses,
and may exercise, any and all other rights and remedies available at law,
25 in equity, and otherwise.

26 Commercial Security Agreement No. A-070108-CSA - (9)

40

2008-282-3707-1, Attachment 16 of 16

## WASHINGTON ALL-PURPOSE ACKNOWLEDGMENT

State of Washington

Revenue Tracking Number
1 2 0 2 3 0 2

County of _Walla Walla_        ss:

100808    37.00

On _3/5/2021_, before me, _Lisa Morrow_
Date                        Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared _Allah_
                    Name(s) of Signer(s)

*(Notary seal: LISA MORROW, COMMISSION EXPIRES, NOTARY PUBLIC, JUNE 26, 2021, STATE OF WASHINGTON)*

Place Notary Seal Above

☐ Personally known to me
☒ Proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledge to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature of Notary Public

--- OPTIONAL ---

Though the information below is not required by law, it may prove valuable to person relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Documents**

Title of Type of Document: _UCC Financing Statement - No. A-070108-CSA_

Document Date: _July 01, 2008_        Number of Pages: _15 pages_

Signer(s) other than Named Above: _____

**Capacity(ies) Claimed by Signer**
Signer's Name: _____
☐ Individual
☐ Corporate Officer – Title(s): _____
☐ Partner  – ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☒ Other: _Secured Party / Creditor_

| RIGHT THUMBPRINT OF SIGNER |
| --- |
| Top of thumb here |

Signer is Representing: _Allah© Auth.Rep. 3-5-2021_

41



**Filing Number: 1090271500046**
**Date: 06/24/2019**
**Time: 12:39 PM**
**STATE OF MINNESOTA**
**Office: Office of the Minnesota**
**Secretary of State**

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Allah©
℅ Allah Allah 950376, CMU-South G-08
WSP, 1313 N. 13th Avenue, Walla Walla, WA 99362

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**108577130003|**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in Item 13

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☒ PARTY INFORMATION CHANGE:
Check one of these two boxes:           AND    Check one of these three boxes to:
This Change affects ☒ Debtor or ☐ Secured Party of record    ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☒ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME

OR  6b. INDIVIDUAL'S SURNAME    Allah©    | FIRST PERSONAL NAME   NFN | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME
**DEPARTMENT OF CORRECTIONS**

OR  7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)                                SUFFIX

7c. MAILING ADDRESS  **7345 LINDERSON WAY SW** | CITY **TUMWATER** | STATE **WA** | POSTAL CODE **98501** | COUNTRY **USA**

8. ☒ COLLATERAL CHANGE: Also check one of these four boxes: ☒ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral: This statement is added collateral, described in Original Financing Statement No. 2008-212-3707-7, in which Debtor holds all interest. Adjustment of this Filing is from House Joint Resolution 192 of June 5, 1933, and Uniform Commercial Code § 9-203(d), 9-505, 9-104(a)(a), §1-104, §10-104, "SECURITY AGREEMENT", dated April 3rd, 2003, is accepted for value, exempt from levy. (1) grants Secured Party a security interest in all of User's assets, land and personal property, and all of User's interest in assets, land and personal property, in the sum certain amount of $500,000.00 par

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME

OR  9b. INDIVIDUAL'S SURNAME   Allah©  | FIRST PERSONAL NAME   NFN | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA:

69

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

Filing Number: 1085771300031

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR  Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME

OR 9b. INDIVIDUAL'S SURNAME
ALLAH©

FIRST PERSONAL NAME
NFN

ADDITIONAL NAME(S)/INITIAL(S)                SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME  Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME
WASHINGTON STATE PENITENTIARY

OR 10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)                SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1313 N. 13th Avenue | Walla Walla | WA | 99362 | US |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or  ☐ ASSIGNOR SECURED PARTY'S NAME  Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR 11b. INDIVIDUAL'S SURNAME        FIRST PERSONAL NAME        ADDITIONAL NAME(S)/INITIAL(S)        SUFFIX

11c. MAILING ADDRESS        CITY        STATE    POSTAL CODE        COUNTRY

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral) All of debtor's assets, land, and personal property, and all of debtor's interest in said assets, land, and personal property, now owned and hereafter arising, and wherever located, FBI Number: 349411KA2; FBI Fingerprint Code: 1059150018500141610; WA State ID Number: WA14400238, described fully in Security Agreement No. 865760, 1012928, in Favor of Secured Party of Record Allah©. Inquiring parties may consult with debtor directly for ascertaining, in detail, Financial relationship between debtor and Allah© Secured Party of record; identified in Security Agreement(s) referenced above.

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut  ☐ covers as-extracted collateral  ☒ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)        International Association of Commercial Administrators (IACA)



# State of Minnesota
Office of the Minnesota Secretary of State
Steve Simon

## UCC Filing Acknowledgement

**Filing Type:** Original Filing - Transmitting Utility

**Original Filing Number:** 1085771300031

**File Date:** 5/20/2019                    **File Time:** 5:00 PM

The Minnesota Computerized/Central Filing System has received and filed your document. The information below reflects the data that was indexed in our system. Please review the information for accuracy. If you find a potential error, please notify the Office of the Minnesota Secretary of State.

## DEBTOR INFORMATION

| INDIVIDUAL'S SURNAME<br>ALLAH | FIRST PERSONAL NAME<br>NFN | | | |
|---|---|---|---|---|
| MAILING ADDRESS<br>510 SW 327TH PL | CITY<br>FEDERAL WAY | STATE<br>WA | POSTAL CODE<br>98023 | COUNTRY<br>USA |

| ORGANIZATION'S NAME<br>WASHINGTON STATE PENITENTIARY | | | | |
|---|---|---|---|---|
| MAILING ADDRESS<br>1313 N 13TH AVE | CITY<br>WALLA WALLA | STATE<br>WA | POSTAL CODE<br>99362 | COUNTRY<br>USA |

| ORGANIZATION'S NAME<br>WASHINGTON STATE PENITENTIARY | | | | |
|---|---|---|---|---|
| MAILING ADDRESS<br>1313 N 13TH AVE | CITY<br>WALLA WALLA | STATE<br>WA | POSTAL CODE<br>99362 | COUNTRY<br>USA |

## SECURED PARTY INFORMATION

| INDIVIDUAL'S SURNAME<br>ALLAH | FIRST PERSONAL NAME<br>NFN | | | |
|---|---|---|---|---|
| MAILING ADDRESS<br>WSP 1313 N 13TH AVE IMU SOUTH G-08 | CITY<br>WALLA WALLA | STATE<br>WA | POSTAL CODE<br>99362 | COUNTRY<br>USA |

67

Filing in the Minnesota Computerized/Central Filing System is not conclusive proof that all conditions for securing priority have been met.  Ensuring that accurate information is on the document to be filed is the responsibility of the filing party.  If the filing is challenged, the filing office does not guarantee that the filing is legally sufficient to secure priority or other privileges under law and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information on the filed document.

For questions regarding this acknowledgement or questions regarding payment, please contact the filing Office listed below.

Visit our web site to discover timesaving and convenient ways for doing business online at:
https:\\mblsportal.sos.state.mn.us/

Uniform Commercial Code
MN Retirement Systems Building
60 Empire Drive #100
Saint Paul, MN 55103-2141
Phone:  651-296-2803 or 1-877-551-6767 Minnesota Relay Service: 711
E-mail: ucc.dept@state.mn.us

68

||||||||||||||||||||||||||||||
10857713

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**Filing Number:** 1085771300031
**Date:** 05/20/2019
**Time:** 5:00 PM
**STATE OF MINNESOTA**
**Office: Office of the Minnesota Secretary of State**

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO  (Name and Address)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME  Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| ALLAH© | NFN | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 510 SW 327th Place | Federal Way | WA | 98023 | US |

2. DEBTOR'S NAME  Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| WASHINGTON STATE PENITENTIARY | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1313 N 13th Avenue | Walla Walla | WA | 99362 | US |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY)  Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Allah© | NFN | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| WSP-1313 N 13th Avenue, IMU-South 6-08 | Walla Walla | WA | 99362 | USA |

4. COLLATERAL  This financing statement covers the following collateral: STATE OF WASHINGTON DEPARTMENT OF HEALTH, CERTIFICATE OF LIVE BIRTH, CERTIFICATE #146-1966-003670, JJ00984246, and any other "CERTIFICATE OF LIVE BIRTH" or otherwise titled birth document whether county, state, Federal, or other-either ascribed to or derived from the name of any DEBTOR or based upon the above-described CERTIFICATE OF BIRTH; All the above property is accepted for value and is exempt from levy. All proceeds, products, accounts, and Fixtures, and the Orders therefrom, are released to the DEBTORS herewith entered in the Commercial Registry. "SECURITY AGREEMENT", dated November 7th, 2002, and "SECURITY AGREEMENT", dated April 3rd, 2003, is accepted for value, exempt from levy, and herewith registered in the Commercial Registry. Adjustment of this Filing is from House Joint Resolution 192 of June 5, 1933, and Uniform Commercial Code §1-104, §1-201(37), §3-401, §9-104 (a)(2), §9-203(b), §9-508, §10-104. Account Number: ███████ ; Registered Certified Account #7002096000021332 9622. DOC#0000950376, 0000351388;

5. Check only if applicable and check only one box: Collateral is ☐ Held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☒ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

Filing Number: 1090271500046

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS

11. INITIAL FINANCING STATEMENT FILE NUMBER:  Same as item 1a on Amendment form

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT: Same as item 9 on Amendment form

12a. ORGANIZATION'S NAME

OR 12b. INDIVIDUAL'S SURNAME
Allah©

FIRST PERSONAL NAME
NFN

ADDITIONAL NAME(S)/INITIAL(S)          SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

13. Name of DEBTOR on related financing statement (Name of a current Debtor of record required for indexing purposes only in some filing offices - see instruction item 13): Provide only one Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

13a. ORGANIZATION'S NAME

OR 13b. INDIVIDUAL'S SURNAME
ALLAH©

FIRST PERSONAL NAME
NFN

ADDITIONAL NAME(S)/INITIAL(S)          SUFFIX

14. ADDITIONAL SPACE FOR ITEM 8 (Collateral): each occurrence of use of the common-law copyrighted trade-name/trademark ALLAH© as well as for each and every occurrence of use of any and all derivatives of, and variations in the spelling of ALLAH© plus costs, plus triple damages; (x) authenticates this Security Agreement wherein User is Debtor and Allah© is Secured Party, and wherein User pledges all of User's assets, land, consumer goods, farm products, inventory, equipment, money, investment property, commercial tort claims, letters of credit, letter-of-credit rights, chattel paper, instruments, deposit accounts, accounts, documents, and general intangibles, and all of User's interest in all such foregoing property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, as collateral for securing User's unauthorized use of Secured Party's common-law-copyrighted property; Inquiring parties may consult with debtor directly for ascertaining, in detail, financial relationship between debtor and Allah© Secured Party of record, identified in Original Financing Statement No. 2005-332-3707-1; Secured Party accepts Debtor's signature in accord with UCC §§ 1-201(39), 3-401.

15. This FINANCING STATEMENT AMENDMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☒ is filed as a fixture filing

17. Description of real estate

16. Name and address of a RECORD OWNER of real estate described in item 17
(if Debtor does not have a record interest):

18. MISCELLANEOUS      Incorporated by reference in Original Financing Statement No. 1085771300031; Certificate of Live Birth.

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT ADDENDUM (Form UCC3Ad) (Rev. 05/22/02)



**State of Minnesota**
Office of the Minnesota Secretary of State
Steve Simon

# UCC Amendment Acknowledgement

**Filing Type:** Collateral Add - Transmitting Utility

**Original Filing Number:** 1085771300031                              **Amendment Number:** 1090271500046

**File Date:** 6/24/2019                              **File Time:** 12:39 PM

The Minnesota Computerized/Central Filing System has received and filed your document. The information below reflects the data that was indexed in our system. Please review the information for accuracy. If you find a potential error, please notify the Office of the Minnesota Secretary of State.

## DEBTOR INFORMATION

| **INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | | | |
|---|---|---|---|---|
| ALLAH | NFN | | | |

| **MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| 510 SW 327TH PL | FEDERAL WAY | WA | 98023 | USA |

**ORGANIZATION'S NAME**
WASHINGTON STATE PENITENTIARY

| **MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| 1313 N 13TH AVE | WALLA WALLA | WA | 99362 | USA |

**ORGANIZATION'S NAME**
WASHINGTON STATE PENITENTIARY .

| **MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| 1313 N 13TH AVE | WALLA WALLA | WA | 99362 | USA |

## SECURED PARTY INFORMATION

| **INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | | | |
|---|---|---|---|---|
| ALLAH | NFN | | | |

| **MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| WSP 1313 N 13TH AVE IMU SOUTH G-08 | WALLA WALLA | WA | 99362 | USA |

7|

Filing in the Minnesota Computerized/Central Filing System is not conclusive proof that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If the filing is challenged, the filing office does not guarantee that the filing is legally sufficient to secure priority or other privileges under law and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information on the filed document.

For questions regarding this acknowledgement or questions regarding payment, please contact the filing Office listed below.

Visit our web site to discover timesaving and convenient ways for doing business online at:
https:\\mblsportal.sos.state.mn.us/

Uniform Commercial Code
MN Retirement Systems Building
60 Empire Drive #100
Saint Paul, MN 55103-2141
Phone: 651-296-2803 or 1-877-551-6767 Minnesota Relay Service: 711
E-mail: ucc.dept@state.mn.us

Allah©
IMU C-208/9,50376
Washington Corrections Center
P.O. Box 900,
Shelton, WA 98584



FP US POSTAGE
$ 003.71
First Class Mail
ZIP 98584
01/27/2025
034A-0081802092

TACOMA P&DC 983-983
MON 27 JAN 2025 PM

United States Courthouse
219 S. Dearborn Street,
Chicago, IL 60604



02/10/2025-3

RECEIVED

FEB 10 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT