UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALLAH,<br><br>               Plaintiff,<br><br>    v.<br><br>TIM LANG, et al.,<br><br>               Defendants. | CASE NO. 3:25-CV-5129-RSL-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

    The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel (Dkt. # 9), plaintiff's objections to the Report and Recommendation (Dkt. # 10), and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    No action will be taken on the proposed complaint and this case is administratively closed.

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 1st day of May, 2025.

Robert S. Lasnik
United States District Judge